Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sun-Rich International, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Sunrichgourmet.com** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-4052512** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10204 Werch Drive**<br>**Suite 303**<br>**Woodridge, IL**          ZIP Code **60517** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box)** |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9             of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13            of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,          ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to<br>$10,000 | ☐ $10,001 to<br>$100,000 | ■ $100,001 to<br>$1 million | ☐ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to<br>$50,000 | ☐ $50,001 to<br>$100,000 | ☐ $100,001 to<br>$1 million | ■ $1,000,001 to<br>$100 million | ☐ More than<br>$100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                                    FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Sun-Rich International, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                           FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Sun-Rich International, Inc.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X _~signature~_

Signature of Attorney for Debtor(s)

**Michael M. Eidelman**
Printed Name of Attorney for Debtor(s)

**Vedder Price P.C.**
Firm Name

**222 North LaSalle**
**Chicago, IL 60601**

_____
Address

**312-609-7500  Fax: 312-609-5005**
Telephone Number

*12/4/08*
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

_____

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~signature~_
Signature of Authorized Individual

**Michael A. Larson**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

*11/24/08*
Date

Form 6-Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Sun-Rich International, Inc.**                            ,      Case No. _____

                                    Debtor            Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 208,620.55 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 24,303.06 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 2,672,981.46 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 208,620.55 | | |
| Total Liabilities | | | | 2,697,284.52 | |

Form B6A
(10/05)

In re  **Sun-Rich International, Inc.**                                                                     ,          Case No. _____
_____
Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) | |
| Total > | **0.00** | | |
| (Report also on Summary of Schedules) | | | |

___0___  continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

Form B6B
(10/05)

In re   **Sun-Rich International, Inc.**                                    ,        Case No. _____
                                      Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Bank** | - | 243.20 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Woodridge Commerce Center, Morgan Realtors - Office Space Security Deposit  = $4,000.00 Telelink - Call Center = $417.00 Commonwealth Edison - Electric = $133.33 Giffin & Winning - Retainer Legal Services = $2,700.00 C-Prompt - Retainer Website Service = $0** | - | 7,250.33 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Iroquois Insurance through Hartford** | - | 2,989.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total >                   10,482.53 |
|  |  | (Total of this page) |

____3____  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6B
(10/05)

In re    **Sun-Rich International, Inc.**                Case No. _____

                               Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Sam's Wines & Spirits Lincoln Park = $218.14<br>Cold Stone Creamery = $151.22 | - | 369.36 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| | | | Sub-Total ><br>(Total of this page) | 369.36 |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re   **Sun-Rich International, Inc.**

_____,   Case No. _____
Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **See Attached** | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **CIB (Coffee Industry Board) of Jamaica - 2 yr license** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computers, Montiors, Printers - Woodridge Office**<br>**Blackberry Phones & Equipment - Woodridge Office**<br>**Copier - Woodridge Office**<br>**Telephone System - Woodridge Office**<br>**Office Furniture - Woodridge Office**<br>**Trade Show Booth & Equipment - Woodridge Office** | - | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Fork Lift - Woodridge Office**<br>**5 Collapsible Shipping Contaniers - Woodridge Office**<br>**Warehouse Racking - Woodridge Office**<br>**Refrigerator/Freezer - Woodridge Office**<br>**Storage Buildings - St. Louis, MO** | - | 5,000.00 |
| 30. Inventory. | | **See Attached** | - | 182,768.66 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >      197,768.66
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

**Sun-Rich International, Inc.**
**Bankruptcy Filing**

Schedule B
Item 22
Trademarks

| Trademark Name | Country | Matter Number | Class | App Number | File Date | Trademark Status | Reg Number | Reg Date | Action Due | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|
| CAVATINA | US | 105560 | 30 | 77/161284 | 4/19/2007 | Allowed | | | State. of Use Reminder 2 month | 5/15/2008 |
| DOMINIQUE MACQUET | US | 107311 | | | | Proposed | | | FILE APP ? OPENED 2MO AGO | 5/24/2008 |
| DOMINIQUE MACQUET and Design | US | 107310 | | | | Proposed | | | FILE APP ? OPENED 2MO AGO | 5/24/2008 |
| GRAZIOSO | US | 105559 | 29 | 77/161281 | 4/19/2007 | Allowed | | | State. of Use Reminder 2 month | 5/15/2008 |
| INDULGENT FINALE | US | 106114 | 30 | 77/246803 | 8/3/2007 | Published | | | 12MO-CHECK STATUS | 6/3/2008 |
| INDULGENT FINALE | US | 106114 | 29 | 77/246803 | 8/3/2007 | Published | | | 12MO-CHECK STATUS | 6/3/2008 |
| ISLAND ARIA | US | 106113 | 30 | 77/246781 | 8/3/2007 | Published | | | 12MO-CHECK STATUS | 6/3/2008 |
| MOUNTAIN ECHOES | US | 105561 | 30 | 77/161279 | 4/19/2007 | Allowed | | | State. of Use Reminder 2 month | 5/15/2008 |
| SUN-RICH | US | 105524 | 31 | 77/145513 | 3/31/2007 | Registered | 3358811 | 12/25/2007 | Aff of Use - 5 Year | 12/25/2012 |
| SUN-RICH | ZA | 106610 | | | | Proposed | | | FILE APP ? OPENED 4MO AGO | 5/23/2008 |
| SUN-RICH | MU | 106613 | | | | Closed | | | | |
| SUN-RICH & Design | US | 104581 | 30 | 77/145044 | 3/31/2007 | Published | | | 16MO-CHECK STATUS | 8/31/2008 |
| SUN-RICH & Design | ZA | 106611 | | | | Proposed | | | FILE APP ? OPENED 4MO AGO | 5/23/2008 |
| SUN-RICH & Design (Class 29) | US | 105523 | 29 | 77/145510 | 3/31/2007 | Published | | | 16MO-CHECK STATUS | 7/31/2008 |
| SUN-RICH (Classes 29/30) | MU | 106612 | 29 | | | Proposed | | | FILE APP ? OPENED 4MO AGO | 5/23/2008 |
| SUN-RICH (Classes 29/30) | MU | 106612 | 30 | | | Proposed | | | FILE APP ? OPENED 4MO AGO | 5/23/2008 |
| SUN-RICH TOMATO | US | 918907 | 31 | 74/697122 | 7/3/1995 | Registered | 2018872 | 11/26/1996 | Renewal Due (1 year) | 11/26/2015 |
| SWEET SERENADE | US | 107091 | 30 | 77/458511 | 4/25/2008 | Filed | | | FOREIGN FILING DUE IN 3MO | 7/25/2008 |
| SWEET SERENADE | US | 107091 | 29 | 77/458511 | 4/25/2008 | Filed | | | FOREIGN FILING DUE IN 3MO | 7/25/2008 |

Note: No dollar value has been placed on these trademarks

$ -

**Sun-Rich International, Inc.**
**Bankruptcy Filing**

Schedule B
Item 30
Finished Inventory
October, 2008

| | Cost | UFSI Qty | UFSI Cost | Woodridge Qty | Woodridge Cost | Total Quantity | Total Cost | Retail | Extended Retail | Margin |
|---|---|---|---|---|---|---|---|---|---|---|
| Kona | 16.49 | 92 | 1,517.08 | 34 | 560.66 | 126 | 2,077.74 | 32.00 | 4,032.00 | 48% |
| Kona Ground | 16.49 | 138 | 2,275.62 | 60 | 989.40 | 198 | 3,265.02 | 32.00 | 6,336.00 | 48% |
| Kona Decaf | 18.66 | 88 | 1,642.08 | 54 | 1,007.64 | 142 | 2,649.72 | 33.50 | 4,757.00 | 44% |
| Kona Decaf Ground | 18.66 | 73 | 1,362.18 | 32 | 597.12 | 105 | 1,959.30 | 33.50 | 3,517.50 | 44% |
| JBM | 21.34 | 43 | 917.62 | 3 | 64.02 | 46 | 981.64 | 39.00 | 1,794.00 | 45% |
| JBM Ground | 21.34 | 57 | 1,216.38 | 0 | - | 57 | 1,216.38 | 39.00 | 2,223.00 | 45% |
| Galapagos | 18.72 | 93 | 1,740.96 | 39 | 730.08 | 132 | 2,471.04 | 25.00 | 3,300.00 | 25% |
| Sumatra | 6.10 | 41 | 250.10 | 26 | 158.60 | 67 | 408.70 | 12.00 | 804.00 | 49% |
| Kenya AA | 6.10 | 81 | 494.10 | 31 | 189.10 | 112 | 683.20 | 12.00 | 1,344.00 | 49% |
| Kenya AA Ground | 6.10 | 72 | 439.20 | 57 | 347.70 | 129 | 786.90 | 12.00 | 1,548.00 | 49% |
| Kenya AA Decaf | 6.13 | 48 | 294.24 | 50 | 306.50 | 98 | 600.74 | 13.50 | 1,323.00 | 55% |
| Kenya AA Decaf Ground | 6.13 | 48 | 294.24 | 25 | 153.25 | 73 | 447.49 | 13.50 | 985.50 | 55% |
| Nepalese Himalayan | 11.93 | 32 | 381.76 | 29 | 345.97 | 61 | 727.73 | 18.50 | 1,128.50 | 36% |
| Papua New Guinea | 11.92 | 54 | 643.68 | 38 | 452.96 | 92 | 1,096.64 | 18.50 | 1,702.00 | 36% |
| Nicaraguan El Suyatal | 11.92 | 180 | 2,145.60 | 63 | 750.96 | 243 | 2,896.56 | 21.00 | 5,103.00 | 43% |
| Toffee | 18.00 | 9 | 162.00 | 39 | 702.00 | 48 | 864.00 | 32.00 | 1,536.00 | 44% |
| Pecans 25 oz | 12.42 | 35 | 434.70 | 1 | 12.42 | 36 | 447.12 | 31.00 | 1,116.00 | 60% |
| Pecans 10 oz | 6.77 | 46 | 311.42 | 0 | - | 46 | 311.42 | 18.00 | 828.00 | 62% |
| Mixed Nuts | 9.89 | 24 | 237.36 | 0 | - | 24 | 237.36 | 17.50 | 420.00 | 43% |
| Cashews | 11.00 | 34 | 374.00 | 0 | - | 34 | 374.00 | 17.50 | 595.00 | 37% |
| Lingia Black Tea | 11.22 | 42 | 471.24 | 47 | 527.34 | 89 | 998.58 | 18.50 | 1,646.50 | 39% |
| Oolong Tea | 10.21 | 23 | 234.83 | 44 | 449.24 | 67 | 684.07 | 16.00 | 1,072.00 | 36% |
| Pussimbing Black Tea | 11.22 | 39 | 437.58 | 42 | 471.24 | 81 | 908.82 | 18.50 | 1,498.50 | 39% |
| Lingia Autumn Tea | 9.01 | 23 | 207.23 | 45 | 405.45 | 68 | 612.68 | 15.50 | 1,054.00 | 42% |
| Nagri Green Tea | 7.72 | 24 | 185.28 | 40 | 308.80 | 64 | 494.08 | 10.50 | 672.00 | 26% |
| White | 16.73 | 7 | 117.11 | 41 | 685.93 | 48 | 803.04 | 23.50 | 1,128.00 | 29% |
| Silver | 10.36 | 19 | 196.84 | 40 | 414.40 | 59 | 611.24 | 16.00 | 944.00 | 35% |
| Summer Tea | 11.22 | 43 | 482.46 | 47 | 527.34 | 90 | 1,009.80 | 18.50 | 1,665.00 | 39% |
| Dessert Toppings Caramel | 4.64 | 177 | 821.28 | 400 | 1,856.00 | 577 | 2,677.28 | 11.50 | 6,635.50 | 60% |
| Dessert Toppings Pear Cinn | 4.64 | 177 | 821.28 | 443 | 2,055.52 | 620 | 2,876.80 | 11.50 | 7,130.00 | 60% |
| Dessert Toppings Bittersweet | 4.64 | 173 | 802.72 | 495 | 2,296.80 | 668 | 3,099.52 | 11.50 | 7,682.00 | 60% |
| Dessert Toppings Rasp Choc | 4.64 | 177 | 821.28 | 481 | 2,231.84 | 658 | 3,053.12 | 11.50 | 7,567.00 | 60% |
| Dessert Toppings SF | 5.54 | 178 | 986.12 | 481 | 2,664.74 | 659 | 3,650.86 | 13.50 | 8,896.50 | 59% |
| Fleur de Sel | 6.75 | 655 | 4,421.25 | 90 | 607.50 | 745 | 5,028.75 | 12.50 | 9,312.50 | 46% |
| Pates de Fruit | 10.39 | 0 | - | 280 | 2,909.20 | 280 | 2,909.20 | 31.50 | 8,820.00 | 67% |
| Toffee 4 oz box | 3.96 | 24 | 95.04 | 104 | 411.84 | 128 | 506.88 | 9.00 | 1,152.00 | 56% |
| Cashews 4 oz box | 3.39 | 48 | 162.72 | 329 | 1,115.31 | 377 | 1,278.03 | 9.00 | 3,393.00 | 62% |
| Praline Pecans 4 oz box | 2.13 | 48 | 102.24 | 256 | 545.28 | 304 | 647.52 | 8.00 | 2,432.00 | 73% |
| Mixed Nuts 4 oz box | 2.44 | 48 | 117.12 | 485 | 1,183.40 | 533 | 1,300.52 | 8.00 | 4,264.00 | 70% |
| Tea Infuser | 2.84 | 44 | 124.96 | 105 | 298.20 | 149 | 423.16 | 5.25 | 782.25 | 46% |
| Coffee Mug | 2.96 | 0 | - | 10 | 29.57 | 10 | 29.57 | 3.00 | 30.00 | 1% |
| Grinder | 19.32 | 49 | 946.68 | 115 | 2,221.80 | 164 | 3,168.48 | 24.50 | 4,018.00 | 21% |
| Totals | | 3,306 | 29,689.58 | 5,001 | 31,585.12 | 8,307 | 61,274.70 | | 126,187.25 | 51% |

Total at St. Louis fulfillment center       29,689.58
Total at Woodridge office                              31,585.12
Total all locations                                                     61,274.70

**Sun-Rich International, Inc.**

**Bankruptcy Filing**

**Schedule B**

**Item 30**

**Inventory Components**

| Item ID | Item Description | Qty | Cost Each | Total Cost | Location |
|---|---|---|---|---|---|
| BlueMtn | Blue Mountain Coffee Green Beans - Pounds | 60 | 16.00 | 960.00 | Coffee Masters |
| CofJBMGrL | JBM Gr Labels / flavor seals / circle sticker | 808 | 0.98 | 791.84 | Coffee Masters |
| CofJBMWBL | JBM WB Labels / flavor seals / circle sticker | 796 | 0.98 | 780.08 | Coffee Masters |
| CofKenDecGrL | Kenya Decaf Gr Labels | 880 | 0.50 | 440.00 | Coffee Masters |
| CofKenDecWBL | Kenya Decaf WB Labels | 880 | 0.50 | 440.00 | Coffee Masters |
| CofKenGrL | Kenya Gr Labels | 268 | 0.50 | 134.00 | Coffee Masters |
| KAACOFLAB | Coffee labels-Kenya WB & flavor seals | 522 | 0.64 | 334.08 | Coffee Masters |
| CofKenFS | Kenya Flavor Seals | 2,520 | 0.15 | 378.00 | Coffee Masters |
| JMCOFS | Freshness Seal-Mandheling Dark | 642 | 0.32 | 205.44 | Coffee Masters |
| SMCOFLAB | Coffee labels-Mandheling Dark | 642 | 0.35 | 224.70 | Coffee Masters |
| ESCOFBS | Priv Res-El Suyatal Sleeve | 552 | 2.03 | 1,120.56 | Coffee Masters |
| ESCOFLAB | Coffee labels-El Suyatal / Freshness Seal | 522 | 0.64 | 334.08 | Coffee Masters |
| PNGCOFBS | Priv Res-Elegancia Sleeves | 792 | 2.03 | 1,607.76 | Coffee Masters |
| PNGCOFLAB | Coffee labels-Elegancia & flavor seal | 762 | 0.64 | 487.68 | Coffee Masters |
| GalLabels | Galapagos Labels / Flavor Seals | 896 | 0.69 | 618.24 | Coffee Masters |
| GCOFBS | Galapagos PR Sleeves | 896 | 3.62 | 3,243.52 | Coffee Masters |
| GHCOFBS | Priv Res- Himalayan Sleeve | 756 | 2.03 | 1,534.68 | Coffee Masters |
| GHCOFLAB | Coffee labels-Grande Himalayan / flavor seal | 676 | 0.65 | 439.40 | Coffee Masters |
| ERCOFBOX | Coffee Microlot Box | 4,081 | 2.91 | 11,875.71 | Coffee Masters |
| IACOFLAB | Coffee Labels-Kona & flavor seals | 460 | 1.50 | 690.00 | Greenwell Farms |
| KonaLabel-Ground | Kona Label-Ground & flavor seals | 160 | 0.71 | 113.60 | Greenwell Farms |
| KonaLabel-GroundD | Kona Labels for Ground Decaf & flavor seals | 800 | 0.71 | 568.00 | Greenwell Farms |
| KonaLabel-WBDecal | Kona Labels-WB-Decaf & flavor seals | 800 | 0.71 | 568.00 | Greenwell Farms |
| DTBitChocFS | DT Bit Choc Flavor Seals / Labels | 72 | 1.03 | 74.16 | King's Cupboard |
| DTCreamCarmFS | DT Cream Carm Flavor Seals /Labels | 143 | 1.03 | 147.29 | King's Cupboard |
| DTPearCinCarmFS | DT Pear Cin Carm Flavor Seals / Labels | 84 | 1.03 | 86.52 | King's Cupboard |
| DTRaspChocFS | DT Rasp Choc Flavor Seals / Labels | 71 | 1.03 | 73.13 | King's Cupboard |
| DTSFDkChocFS | DT SF Dk Choc Flavor Seals / Labels | 136 | 1.03 | 140.08 | King's Cupboard |
| FDS7Jar | Fleur de Sel Jar | 68 | 1.46 | 99.28 | Woodridge |
| FDS7Jar | Fleur de Sel Jar | 3,882 | 1.46 | 5,667.72 | Lamb's Farm |
| FDS7LFS | Fleur de Sel Label / Flav Seal | 1,250 | 0.53 | 662.50 | Woodridge |
| FDS7LFS | Fleur de Sel Label / Flav Seal | 5,000 | 0.53 | 2,650.00 | Lamb's Farm |
| FDS7SB | Fleur de Sel Shrink Bands | 3,950 | 0.08 | 316.00 | Lamb's Farm |
| Honey1Lbl | Honey 1 Label | 1,260 | 0.29 | 365.40 | LaBordonnais |
| Honey8Lbl | Honey 8 Label | 2,164 | 0.28 | 605.92 | LaBordonnais |
| JamBan1Lbl | Jam Banana 1 Label | 1,260 | 0.32 | 403.20 | LaBordonnais |
| JamBan8Lbl | Jam Banana 8 Label | 2,164 | 0.31 | 670.84 | LaBordonnais |
| JamCal1Lbl | Jam Calamondin 1 Label | 1,260 | 0.32 | 403.20 | LaBordonnais |
| JamCal8Lbl | Jam Calamondin 8 Label | 2,164 | 0.31 | 670.84 | LaBordonnais |
| JamGua1Lbl | Jam Guava 1 Label | 1,260 | 0.32 | 403.20 | LaBordonnais |
| JamGua8Lbl | Jam Guava 8 Label | 2,164 | 0.31 | 670.84 | LaBordonnais |
| JamLit1Lbl | Jam Litchi 1 Label | 1,260 | 0.32 | 403.20 | LaBordonnais |
| JamLit8Lbl | Jam Litchi 8 Label | 2,164 | 0.31 | 670.84 | LaBordonnais |
| JamPapPas1Lbl | Jam Papaya/Passion 1 Label | 1,260 | 0.32 | 403.20 | LaBordonnais |
| JamPapPas8Lbl | Jam Papaya/Passion 8 Label | 2,164 | 0.31 | 670.84 | LaBordonnais |
| JamPapVan1Lbl | Jam Papaya/Vanilla 1 Label | 1,260 | 0.32 | 403.20 | LaBordonnais |
| JamPapVan8Lbl | Jam Papaya/Vanilla 8 Label | 2,164 | 0.31 | 670.84 | LaBordonnais |
| JamPin1Lbl | Jam Pineapple 1 Label | 1,260 | 0.32 | 403.20 | LaBordonnais |
| JamPin8Lbl | Jam Pineapple 8 Label | 2,164 | 0.31 | 670.84 | LaBordonnais |
| JamPinMan1Lbl | Jam Pineapple/Mango 1 Label | 1,260 | 0.32 | 403.20 | LaBordonnais |

**Sun-Rich International, Inc.**

**Bankruptcy Filing**

**Schedule B**

**Item 30**

**Inventory Components**

| Item ID | Item Description | Qty | Cost Each | Total Cost | Location |
|---|---|---|---|---|---|
| JamPinMan8Lbl | Jam Pineapple/Mango 8 Label | 2,164 | 0.31 | 670.84 | LaBordonnais |
| NutCash16L | Cashews 16 oz Labels | 760 | 0.72 | 547.20 | Terri Lynn |
| NutCash4Box | Cashews 4 oz Box | 9,424 | 0.22 | 2,073.28 | Lamb's Farm |
| NutMx16L | Deluxe Mixed 16 oz Labels | 760 | 0.72 | 547.20 | Terri Lynn |
| NutMx4Box | Mixed Nuts 4 oz Box | 9,424 | 0.22 | 2,073.28 | Lamb's Farm |
| NutPP10L | Praline Pecans 10oz Labels | 650 | 1.19 | 773.50 | Terri Lynn |
| NutPP25L | Praline Pecans 25oz Labels | 748 | 1.04 | 777.92 | Terri Lynn |
| NutPP4Box | Praline Pecans 4 oz Box | 9,256 | 0.22 | 2,036.32 | Lamb's Farm |
| PDF18Box | Pates de Fruits Box | 2,150 | 4.74 | 10,191.00 | LaBordonnais |
| SRCCS-75 | Clear Small Stickers | 7,000 | 0.02 | 140.00 | Woodridge |
| TCS-125A | Clear Large Stickers | 1,078 | 0.02 | 21.56 | Lamb's Farm |
| TCS-125A | Clear Large Stickers | 6,180 | 0.02 | 123.60 | Woodridge |
| GTTINS | Tea Tin | 4,900 | 1.37 | 6,713.00 | Cornerstone |
| Inner Tea-0001 | Tea Inner Seal-Silver Marbles | 248 | 0.39 | 96.72 | Woodridge |
| Inner Tea-0002 | Tea Inner Seal-Langia Black | 222 | 0.39 | 86.58 | Woodridge |
| Inner Tea-0003 | Tea Inner Seal-Oolong Tea | 214 | 0.39 | 83.46 | Woodridge |
| Inner Tea-0004 | Tea Inner Seal-Green Tea | 113 | 0.39 | 44.07 | Woodridge |
| Inner Tea-0005 | Tea Inner Seal-Summer Tea | 210 | 0.39 | 81.90 | Woodridge |
| Inner Tea-0006 | Tea Inner Seal-White Tea | 230 | 0.39 | 89.70 | Woodridge |
| Inner Tea-0007 | Tea Inner Seal-Autumn Black | 259 | 0.39 | 101.01 | Woodridge |
| Inner Tea-0008 | Tea Inner Seal-Pussimbing Blac | 219 | 0.39 | 85.41 | Woodridge |
| CST100LAB | Tea Labels-Summer Tea | 210 | 0.50 | 105.00 | Woodridge |
| LOBT100LAB | Tea Labels-Langia Black Tea | 222 | 0.50 | 111.00 | Woodridge |
| LWLBT100LAB | Tea Labels-Autumn Black Tea | 259 | 0.50 | 129.50 | Woodridge |
| NGT100LAB | Tea Labels-Green Tea | 113 | 0.50 | 56.50 | Woodridge |
| PBT100LAB | Tea Labels-Pussimbing Black | 219 | 0.50 | 109.50 | Woodridge |
| POT50LAB | Tea Labels-Oolong Tea | 214 | 0.50 | 107.00 | Woodridge |
| PSB50LAB | Tea Labels-Silver Marbles | 248 | 0.50 | 124.00 | Woodridge |
| PWT100LAB | Tea Labels-White Tea | 230 | 0.50 | 115.00 | Woodridge |
| TeaSeals-0001 | Tea Seals-Silver Marbles Black | 248 | 0.46 | 114.08 | Woodridge |
| TeaSeals-0002 | Tea Seals-Langia Black Tea | 222 | 0.46 | 102.12 | Woodridge |
| TeaSeals-0003 | Tea Seals-Oolong Tea | 214 | 0.46 | 98.44 | Woodridge |
| TeaSeals-0004 | Tea Seals-Green Tea | 113 | 0.46 | 51.98 | Woodridge |
| TeaSeals-0005 | Tea Seals-Summer Tea | 210 | 0.46 | 96.60 | Woodridge |
| TeaSeals-0006 | Tea Seals-White Tea | 230 | 0.46 | 105.80 | Woodridge |
| TeaSeals-0007 | Tea Seals-Autumn Leaf Black | 259 | 0.46 | 119.14 | Woodridge |
| TeaSeals-0008 | Tea Seals-Pussimbing Black Tea | 219 | 0.46 | 100.74 | Woodridge |
| TGX-100A | Gold Sticker Lg | 34 | 0.05 | 1.70 | Lamb's Farm |
| TGX-100A | Gold Sticker Lg | 500 | 0.05 | 25.00 | Woodridge |
| TGX-100A | Gold Sticker Lg | 500 | 0.05 | 25.00 | Cornerstone |
| TGX-100A | Gold Sticker Lg | 3,112 | 0.11 | 342.32 | LaBordonnais |
| Toffee4Box | Toffee 4 oz Box | 9,282 | 0.22 | 2,042.04 | Lamb's Farm |
| ToffeeGiftBox | Toffee Gift Box 16 oz | 15 | 2.90 | 43.50 | Woodridge |
| ToffeeGiftBox | Toffee Gift Box 16 oz | 4,114 | 2.90 | 11,930.60 | Lamb's Farm |
| TofPad | Toffee Pad | 5,165 | 0.46 | 2,375.90 | Lamb's Farm |
| Tof-StorInfo | Toffee Storage Info Sticker | 3,197 | 0.31 | 991.07 | Woodridge |
| TPB-100A | Poly Bags | 22,250 | 0.11 | 2,447.50 | Woodridge |
| | | | | 95,927.43 | |

Note: Inventory Components consists of packaging components developed and printed for the use of packaging
raw product to produce the finished inventory.

**Sun-Rich International, Inc.**
**Bankruptcy Filing**

**Schedule B**
**Item 30**
**Sample Inventory**
**October, 2008**

| | Cost | UFSI | | | Woodridge | | Total Quantity | Total Cost |
|---|---|---|---|---|---|---|---|---|
| | | Qty | Cost | | Qty | Cost | | |
| El Suyatal 4 oz sample est cost | 2.60 | | - | | 36 | 93.60 | 36 | 93.60 |
| Galapagos WB 4 oz sample est cost | 4.21 | | - | | 47 | 197.87 | 47 | 197.87 |
| Gr Him WB 4 oz sample est cost | 2.60 | | - | | 40 | 104.00 | 40 | 104.00 |
| Kenya WB 4 oz sample est cost | 2.57 | | - | | 45 | 115.65 | 45 | 115.65 |
| Kenya Gr 4 oz sample est cost | 2.57 | | - | | 85 | 218.45 | 85 | 218.45 |
| Kenya Decaf WB 4 oz sample est | 2.57 | | - | | 49 | 125.93 | 49 | 125.93 |
| Kenya Decaf Gr 4 oz sample est | 2.57 | | - | | 45 | 115.65 | 45 | 115.65 |
| Kona WB 4 oz sample est cost | 5.55 | | - | | 37 | 205.35 | 37 | 205.35 |
| Kona Ground 4 oz sample est | 5.55 | | - | | 28 | 155.40 | 28 | 155.40 |
| Kona Decaf 4 oz sample est | 6.25 | | - | | 44 | 275.00 | 44 | 275.00 |
| Kona Decaf Gr 4 oz sample est | 6.25 | | - | | 46 | 287.50 | 46 | 287.50 |
| Papua New Guinea WB 4 oz sample | 2.03 | | - | | 35 | 71.05 | 35 | 71.05 |
| Sumatra WB 4 oz sample est cost | 2.01 | | - | | 41 | 82.41 | 41 | 82.41 |
| Columbian Blend WB 4 oz est | 2.09 | | - | | 43 | 89.87 | 43 | 89.87 |
| Columbian Blend Gr 4 oz est | 2.09 | | - | | 95 | 198.55 | 95 | 198.55 |
| Mexican Blend WB 4 oz est cost | 1.59 | | - | | 44 | 69.96 | 44 | 69.96 |
| Mexican Blend Gr 4 oz est cost | 1.59 | | - | | 46 | 73.14 | 46 | 73.14 |
| Toffee 1 oz sample - est cost | 1.65 | | - | | 0 | - | - | - |
| Pecans 1 oz sample - est cost | 0.82 | | - | | 366 | 300.12 | 366 | 300.12 |
| Cashews 1 oz sample - est cost | 0.97 | | - | | 240 | 232.80 | 240 | 232.80 |
| Mixed Nuts 1 oz sample - est cost | 0.92 | - | - | | 584 | 537.28 | 584 | 537.28 |
| Totals | | - | - | | 1,996 | 3,549.58 | 1,996 | 3,549.58 |

Sun-Rich International, Inc.
Bankruptcy Filing

Schedule B
Item 30
Supply Inventory
October, 2008

| Item | Description | Part Number | Cost | UFSI Qty | UFSI Cost | Lamb's Farm Qty | Lamb's Farm Cost | Cornerstone Qty | Cornerstone Cost | Woodridge Qty | Woodridge Cost | Total Quantity | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cello Bags | 4 oz cello bags | CB-004A | $0.05 | | | 4,603 | 207.14 | | | | | 4,603 | 207.14 |
| Cello Bags | Samples - 1 oz cello bags | SR01Bags | $0.03 | | | | | | | 11,761 | 364.59 | 11,761 | 364.59 |
| Bows | Samples - Gold bow ties | SR01Bows | $0.10 | | | | | | | 11,761 | 1,176.10 | 11,761 | 1,176.10 |
| Plastic Bags | Ziplock plastic bags | TPB-100A | $0.04 | | | | | | | 2,300 | 80.50 | 2,300 | 80.50 |
| Gift Bags | Black Gift Bags w/Handles | SRGBBlk | $1.30 | | | | | | | 2,400 | 3,120.00 | 2,400 | 3,120.00 |
| Pocket Folders | Printed Folders for Press/Sales Kits | SRPF-100A | $0.82 | | | | | | | 3,200 | 2,624.00 | 3,200 | 2,624.00 |
| Gift Cards | Gift Cards w/ Envelopes | SRGC-100A | $1.00 | 336 | 336.00 | | | | | 2,145 | 2,145.00 | 2,481 | 2,481.00 |
| Luggage Carts | Luggage Carts | SRLC | $32.50 | | | | | | | 4 | 130.00 | 4 | 130.00 |
| Printed Coffee Cups | Sun-Rich Printed Paper cups 4 oz | SRCC04 | $0.05 | | | | | | | 55,000 | 2,475.00 | 55,000 | 2,475.00 |
| Crinkle Paper | 40 # Boxes of Crinkle Paper | SP40-04 | $81.47 | 5 | 407.35 | | | | | 2 | 162.94 | 7 | 570.29 |
| Crinkle Paper | 10 # Boxes of Crinkle Paper | SP40-04 | $26.07 | | | | | | | 5 | 130.35 | 5 | 130.35 |
| Fine Shred Paper | 50# Box of Fine Shred Paper | 50-04 | $95.85 | 1 | 95.85 | | | | | | | 1 | 95.85 |
| Ice Packs | 1# Ice Packs | MG16IP | $0.69 | | | | | | | 74 | 51.06 | 74 | 51.06 |
| Ice Packs | 2# Ice Packs | MS321P | $0.61 | 421 | 256.81 | 18 | 10.98 | | | 11 | 6.71 | 450 | 274.50 |
| Bubble Wrap | 175 ft roll | Uline Bub | $39.00 | | | | | | | 5 | 195.00 | 5 | 195.00 |
| Cardboard Boxes | 16 oz toffee case boxes | TCB-100A | $1.10 | | | 7 | 7.70 | | | 90 | 99.00 | 97 | 106.70 |
| Cardboard Boxes | 4 oz packages Case boxes | TCB-004A | $0.50 | | | 1,779 | 889.50 | | | | | 1,779 | 889.50 |
| Cardboard Boxes | Tea Case Boxes | SRTCaseBox | $1.10 | | | | | 468 | 514.80 | | | 468 | 514.80 |
| Cardboard Boxes | Tea Outer Case Boxes | SRTOCaseBox | $1.10 | | | | | 84 | 92.40 | | | 84 | 92.40 |
| Cardboard Boxes | Nut Tins Case Boxes | CSB15119 | $1.10 | | | | | | | 12 | 13.20 | 12 | 13.20 |
| Foil Box Liners | | FBL-884 | $1.46 | 490 | 715.40 | | | | | | | 490 | 715.40 |
| Insulated Shipper | | 99-5N | $2.52 | 225 | 567.00 | | | | | | | 225 | 567.00 |
| Insulated Extender | | 99R-4N | $1.95 | 99 | 193.05 | | | | | 3 | 5.85 | 102 | 198.90 |
| Insulated Shipper | | 99-5N | $2.52 | | | | | | | 68 | 171.36 | 68 | 171.36 |
| Shipping Box | 15X15X10 Shipping Box - SRI | CSB151510 | $1.17 | 601 | 703.17 | | | | | 20 | 23.40 | 621 | 726.57 |
| Shipping Box | 15X15X10 Shipping Box | CSB151510 | $1.15 | | | | | | | 44 | 50.60 | 44 | 50.60 |
| Combined Shipping Box | 20X16X10 Shipping Box | CSB20I610 | $1.14 | | | | | | | 131 | 149.34 | 131 | 149.34 |
| Combined Shipping Box | 20X20X20 Shipping Box | CSB20020 | $1.10 | | | | | | | 32 | 35.20 | 32 | 35.20 |
| Combined Shipping Box | 24X16X10 Shipping Box | CSB24I610 | $1.11 | | | | | | | 100 | 111.00 | 100 | 111.00 |
| Outside Shipping Box | 13.5X10X10 Outer Box | CSB13I010 | $0.54 | | | | | | | 160 | 86.40 | 160 | 86.40 |
| Outside Shipping Box | 13.5X13X10 Outer Box | CSB13I310 | $0.60 | | | | | | | 65 | 39.00 | 65 | 39.00 |
| Inside Shipping Box | 13X9.5X4.5 Deluxe Mailer | MFL1294 | $2.16 | 640 | 1,382.40 | | | | | 650 | 1,404.00 | 1,290 | 2,786.40 |
| Outside Shipping Box | 13.5X10X5 Outer Box | CSB13105 | $1.56 | 430 | 670.80 | | | | | 75 | 117.00 | 505 | 787.80 |
| | | | | 3,248 | 5,327.83 | 6,407 | 1,115.32 | 552 | 607.20 | 90,118 | 14,966.60 | 100,325 | 22,016.95 |

Form B6B
(10/05)

In re    **Sun-Rich International, Inc.**                                        Case No. _____
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 208,620.55 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6D (10/06)

In re    **Sun-Rich International, Inc.**                                    ,        Case No. _____

Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

<u>__0__</u>   continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07)

In re **Sun-Rich International, Inc.**                                    Case No. _____
_____ ,
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____3_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re **Sun-Rich International, Inc.**             Case No. _____

                                            , Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Douglas VanDell 23528 West 135th Street Plainfield, IL 60544 | | - | | | | | 2,630.76 | 0.00 — 2,630.76 |
| Account No. | | | | | | | | |
| Francine Larson 360 West Wellington Chicago, IL 60657 | | - | | | | | 1,923.08 | 0.00 — 1,923.08 |
| Account No. | | | | | | | | |
| Irene Catanese 1555 W. School Street Unit 2F Chicago, IL 60657 | | - | | | | | 1,250.02 | 0.00 — 1,250.02 |
| Account No. | | | | | | | | |
| Ken Larson 615 Kungs Way Joliet, IL 60435 | | - | | | | | 3,000.00 | 0.00 — 3,000.00 |
| Account No. | | | | | | | | |
| Mike Larson 505 Timberline Drive Joliet, IL 60431 | | - | | | | | 6,576.93 | 0.00 — 6,576.93 |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)    15,380.79      0.00      15,380.79

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re  **Sun-Rich International, Inc.**                                                        , Case No. _____

                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Susan Lazzara** **23W727 Turner Avenue** **Roselle, IL 60127** | | - | | | | | 3,567.30 | 0.00 | 3,567.30 |
| Account No. | | | | | | | | | |
| **Tom Douglas** **688 Kensington Way** **Bolingbrook, IL 60440** | | - | | | | | 3,567.30 | 0.00 | 3,567.30 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 7,134.60 | | 7,134.60 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Official Form 6E (4/07) - Cont.

In re  **Sun-Rich International, Inc.**                                                      Case No. _____
                                    **Debtor**

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **Illinois Department of Revenue** Springfield, IL 62726 | | - | | | | | 26.10 | 0.00 26.10 |
| Account No. **Internal Revenue Service** Cincinnati, OH 45999-0030 | | - | | | | | 1,722.43 | 0.00 1,722.43 |
| Account No. **Wisconsin Department of Revenue** | | - | | | | | 39.14 | 0.00 39.14 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,787.67 | 0.00 1,787.67 |
| Total (Report on Summary of Schedules) | 24,303.06 | 0.00 24,303.06 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06)

In re __Sun-Rich International, Inc._____,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| 5th Food Group 4412 Copper Mountain Lane Richardson, TX 75082-3814 | | - | | | | | | 10,500.00 |
| Account No. | | | | | | | | |
| A Southern Season 201 S. Estes Drive Chapel Hill, NC 27514 | | - | | | | | | 1,694.77 |
| Account No. | | | | | | | | |
| Anne Holton 2544 Prospect Ave. Evanston, IL 60201 | | - | | | | | | 900.00 |
| Account No. | | | | | | | | |
| Ask It in a Basket, Inc. 784 Busse Highway Park Ridge, IL 60068 | | - | | | | | | 450.00 |
| __13__   continuation sheets attached | | | | | Subtotal (Total of this page) | | | 13,544.77 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:25108-070829   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Sun-Rich International, Inc.**            Case No. _____
_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
| Account No. **314951** | | | | | | | | |
| **Associated Material Handling Dept CH17469 Palatine, IL 60055-7469** | - | | | | | | | 2,047.34 |
| Account No. **630-972-0306-742-2** | | | | | | | | |
| **AT&T P.O. Box 8100 Aurora, IL 60507-8100** | - | | | | | | | 2,073.81 |
| Account No. **70937312-00001** | | | | | | | | |
| **AT&T Teleconference Services P.O. Box 2840 Omaha, NE 68103-2840** | - | | | | | | | 389.00 |
| Account No. | | | | | | | | |
| **Barnes & Thornburg LLP One North Wacker Drive Suite 4400 Chicago, IL 60606-2833** | - | | | | | | | 8,083.66 |
| Account No. | | | | | | | | |
| **C-Prompt 8409 Pickwick Lane #118 Dallas, TX 75225** | - | | | | | | | 1,091.53 |

Sheet no. __1__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

         Subtotal      **13,685.34**
(Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Sun-Rich International, Inc.**                                            Case No. _____
                                                                    ,
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. SUNR11996 <br><br> **Caps57** <br> **6025 Paysphere Circle** <br> **Chicago, IL 60674** | - | | | | | | 670.00 |
| Account No. <br><br> **Chamong Inc.** <br> **645 Countess Drive** <br> **Yardley, PA 19067** | - | | | | | | 2,887.20 |
| Account No. <br><br> **Chris Cassidy Photography** <br> **1147 West Ohio Street** <br> **Chicago, IL 60622** | - | | | | | | 1,100.00 |
| Account No. S03627 <br><br> **Coffee Masters, Inc.** <br> **P.O. Box 460** <br> **Spring Grove, IL 60081** | - | | | | | | 2,727.85 |
| Account No. 0090090047 & 1425083040 <br><br> **Commonwealth Edison** <br> **Payment Center** <br> **Chicago, IL 60668-0002** | - | | | | | | 738.52 |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,123.57

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Sun-Rich International, Inc.**                                          Case No. _____
_____,
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J c | | | | | | |
| Account No. | | | | | | | | |
| Cora Lee Candies 1844 Waukegan Road Glenview, IL 60025 | | - | | | | | | 5,799.14 |
| Account No. 30167 | | | | | | | | |
| Cornerstone Services, Inc. 777 Joyce Road Joliet, IL 60436 | | - | | | | | | 168.24 |
| Account No. | | | | | | | | |
| Cox Livery Service 1815 Plainfield Road Crest Hill, IL 60403 | | - | | | | | | 1,517.00 |
| Account No. | | | | | | | | |
| Dale Coyne Racing, Inc. 13400 Budler Road Plainfield, IL 60544 | | - | | | | | | 2,250.00 |
| Account No. 600255435 | | | | | | | | |
| Dex 8519 Innovation Way Chicago, IL 60682-0085 | | - | | | | | | 618.43 |

Sheet no. __3__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,352.81

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Sun-Rich International, Inc.**                                     Case No. _____
                                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **113691651** | | | | | | | |
| **Dynamex, Inc.** **12837 Collections Center Drive** **Chicago, IL 60693** | | - | | | | | 2,444.98 |
| Account No. **E25264** | | | | | | | |
| **Echo Global Logistics, Inc.** **Accounts Receivable** **22168 Network Place** **Chicago, IL 60673-1221** | | - | | | | | 479.64 |
| Account No. **328344** | | | | | | | |
| **Express One - Chicago** **P.O. Box 900070** **Sandy, UT 84090** | | - | | | | | 860.88 |
| Account No. **3649-9052-9** | | | | | | | |
| **FedEx** **P.O. Box 94515** **Palatine, IL 60094-4515** | | - | | | | | 14,750.35 |
| Account No. | | | | | | | |
| **Flowers on the Side** **816 6th Avenue** **De Witt, IA 52742** | | - | | | | | 94.16 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          18,630.01

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Sun-Rich International, Inc.**                                    Case No. _____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **FM Zero Racing Limited**<br>**32531 N. Scottsdale Road**<br>**Suite 105 #284**<br>**Scottsdale, AZ 85266** | - | | | | | | 10,000.00 |
| Account No. | | | | | | | |
| **Foster and Son Fire Extinguishers**<br>**7309 West 90th Street**<br>**Bridgeview, IL 60445** | - | | | | | | 47.20 |
| Account No. | | | | | | | |
| **Gemberling/Packard & Associates**<br>**P.O. Box 50**<br>**204 South Main Street**<br>**Minier, IL 61759** | - | | | | | | 4,926.25 |
| Account No. 0120810684 | | | | | | | |
| **Ice Mountain**<br>**P.O. Box 856680**<br>**Louisville, KY 40285-6680** | - | | | | | | 146.66 |
| Account No. 13584 | | | | | | | |
| **Illinois Paper and Copier Company**<br>**6 Territorial Court**<br>**Bolingbrook, IL 60440** | - | | | | | | 19.78 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              15,139.89

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Sun-Rich International, Inc.**                          ,   Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **102092** <br><br> J.P. Morgan Chase Vastara, Inc. <br> P.O. Box 67000 <br> Dept. 67000 <br> Detroit, MI 48267-2693 | | - | | | | | | 1,785.00 |
| Account No. **78278** <br><br> Johnson Group <br> P.O. Box 5566 <br> Rockford, IL 61125 | | - | | | | | | 3,420.02 |
| Account No. <br><br> Kay Larson <br> 615 Kungs Way <br> Joliet, IL 60431 | | - | | | | | | 6,000.00 |
| Account No. <br><br> LaBourdonnais <br> Mapou Ile Maurice | | - | | | | | | 3,000.00 |
| Account No. **SunRich** <br><br> Lambs Farm <br> P.O. Box 520 <br> Libertyville, IL 60048 | | - | | | | | | 5,620.12 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,825.14

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Sun-Rich International, Inc.**

Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SR1** | | | | | | | |
| **Master Paper Box Co. Inc.** 3641 South Iron Street Chicago, IL 60609 | | - | | | | | 12,163.64 |
| Account No. | | | | | | | |
| **Michael Larson** 505 Timberline Drive Joliet, IL 60431 | | - | | | | | 312,695.00 |
| Account No. **Sun002** | | | | | | | |
| **Miller Motorsports Park, Utah** 2901 Sheep Lane Tooele, UT 84074-9536 | | - | | | | | 28,551.43 |
| Account No. **1038** | | | | | | | |
| **Murname Specialties Inc.** 607 Northwest Ave. Northlake, IL 60164 | | - | | | | | 1,747.12 |
| Account No. | | | | | | | |
| **Nancee Borgnine** 4355 Sepulveda Blvd. #215 Sherman Oaks, CA 91403 | | - | | | | | 3,500.00 |

Sheet no.  **7**  of  **13**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

358,657.19

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re  **Sun-Rich International, Inc.**                                                    Case No. _____

<u>                                                                                    </u>,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2520616** | | | | | | | |
| **Nashville Wraps** **Internet** | | - | | | | | 421.32 |
| Account No. | | | | | | | |
| **National Aircheck Inc.** **338 S. Edgewood** **Wood Dale, IL 60191** | | - | | | | | 165.00 |
| Account No. | | | | | | | |
| **Oser Communications** **P.O. Box 30520** **Tucson, AZ 85751** | | - | | | | | 615.00 |
| Account No. **943030** | | | | | | | |
| **PR Newswire** **810 Seventh Ave.** **Floor 35** **New York, NY 10019-5369** | | - | | | | | 10,265.00 |
| Account No. **1526590** | | | | | | | |
| **Raceway Associates, LLC** **500 Speedway Blvd.** **Joliet, IL 60433** | | - | | | | | 15,000.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 26,466.32 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Sun-Rich International, Inc.**                                           Case No. _____
                                                                              ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **11991** <br><br> Raymond Leasing Corp. <br> P.O. Box 203905 <br> Houston, TX 77216-3905 | | - | | | | | | 1,175.65 |
| Account No. **4121519896** <br><br> Salesforce.com, Inc. <br> P.O. Box 842569 <br> Boston, MA 02284-2569 | | - | | | | | | 780.00 |
| Account No. <br><br> Sam's Wines & Spirits <br> 1720 N. Marcey Street <br> Chicago, IL 60614 | | - | | | | | | 0.00 |
| Account No. **022782 & 023117** <br><br> Sandler, Travis & Rosenberg P.A. <br> P.O. Box 523304 <br> Miami, FL 33102 | | - | | | | | | 19,225.25 |
| Account No. **5196** <br><br> Southern Advertising <br> 14 Bill Drive <br> Greer, SC 29651 | | - | | | | | | 319.36 |

Sheet no. __9__ of __13__ sheets attached to Schedule of                    Subtotal            21,500.26
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Sun-Rich International, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Stein Limited 777 E. Wisconsin Avenue #G3 Milwaukee, WI 53202 | | - | | | | | 49.56 |
| Account No. A7367 | | | | | | | |
| Telelink 44 Austin Street P.O. Box 8038 St. John (zip: A1B 3M7), NL | | - | | | | | 126.26 |
| Account No. 5865299 | | | | | | | |
| Terminix International 655 West Grand Avenue Suite 150 Elmhurst, IL 60126 | | - | | | | | 90.00 |
| Account No. 056616 | | | | | | | |
| Terri Lynn Inc. 2794 Paysphere Circle Chicago, IL 60674 | | - | | | | | 3,542.15 |
| Account No. S3084 | | | | | | | |
| The Drake 140 E. Walton Place Chicago, IL 60611-1501 | | - | | | | | 750.00 |

Sheet no. __10__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    4,557.97

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Sun-Rich International, Inc.**                                          Case No. _____

                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **83-11794964** | | | | | | | |
| **The Hartford** P.O. Box 2907 Hartford, CT 06104-2907 | | - | | | | | 6,169.00 |
| Account No. **92551** | | | | | | | |
| **The Label Printers** 1710 Landmark Road Aurora, IL 60506 | | - | | | | | 9,596.35 |
| Account No. **11051-01** | | | | | | | |
| **The Wood Burditt Group** 1025 Everett Road Suite 100 Lake Forest, IL 60045 | | - | | | | | 2,843.55 |
| Account No. **3398466** | | | | | | | |
| **Uline** Attn: Accounts Payable 2200 S. Lakeside Drive Waukegan, IL 60085 | | - | | | | | 2,874.96 |
| Account No. | | | | | | | |
| **United Fulfillment Solutions, Inc.** 423 Bussen Underground Road Saint Louis, MO 63129 | | - | | | | | 2,061.57 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 23,545.43

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Sun-Rich International, Inc.**                                   Case No. _____
_____,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3272WW** <br><br> **UPS Supply Chain Solutions** <br> **28013 Network Place** <br> **Chicago, IL 60673-1280** | - | | | | | | 1.24 |
| Account No. **704393222** <br><br> **UPS/UPS SCS Dallas** <br> **P.O. Box 730900** <br> **Dallas, TX 75373-0900** | - | | | | | | 7,276.43 |
| Account No. <br><br> **Vedder Price P.C.** <br> **222 N. LaSalle Street** <br> **Suite 2600** <br> **Chicago, IL 60601** | - | | | | | | 21,569.90 |
| Account No. **885076467-00001** <br><br> **Verizon Wireless** <br> **P.O. Box 25505** <br> **Lehigh Valley, PA 18002-5505** | - | | | | | | 255.21 |
| Account No. <br><br> **William M. Neece** <br> **960 Cape Marco Drive, #1102** <br> **Marco Island, FL 34145** | - | | | | | | 2,094,526.46 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,123,629.24

Official Form 6F (10/06) - Cont.

In re   **Sun-Rich International, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **HO108701** <br><br> **Woodridge Commerce Center, LLC** <br> **P.O. Box 6113** <br> **Property 251110** <br> **Hicksville, NY 11802-6113** | | - | | | | | 15,055.92 |
| Account No. <br><br> **World Gourmet Food** <br> **105 Krispy Kreme Drive** <br> **Bloomington, IL 61704** | | - | | | | | 267.60 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 15,323.52 |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | 2,672,981.46 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6G
(10/05)

In re  **Sun-Rich International, Inc.**                                         Case No. _____
                                                    ,
                              Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Raymond Leasing Corp.**<br>**P.O. Box 203905**<br>**Houston, TX 77216-3906** | **Forklift = $3,764.00 per month** |
| **Woodridge Commerce Center, LLC**<br>**P.O. Box 6113**<br>**Property 251110**<br>**Hicksville, NY 11802-6113** | **Office/Warehouse Lease = $91,248.00 per year** |

___0___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6H
(10/05)

In re    **Sun-Rich International, Inc.**                                          Case No. _____
                                                            ,
                                    Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Capital One Bank**<br>**P.O. Box 5294**<br>**Carol Stream, IL 60197-5294**<br>  **$7,174.68 credit card** | |
| **Chase Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153**<br>  **$49,656.80 credit card** | |
| **CitiBusiness Card**<br>**P.O. Box 688908**<br>**Des Moines, IA 50368-8908**<br>  **$16,991.70 credit card** | |
| **Clark Products, Inc.**<br>**#774311**<br>**4311 Solutions Center**<br>**Chicago, IL 60677-4003**<br>  **$2,627.50 Vendor** | |
| **Go Packaging**<br>**1000 North Main Street**<br>**Lombard, IL 60148**<br>  **$1,014.91 Vendor** | |
| **Juniper Business Card Services**<br>**P.O. Box 23066**<br>**Columbus, GA 31902-3066**<br>  **$6,875.96 credit card** | |
| **Nicor**<br>**P.O. Box 416**<br>**Aurora, IL 60568-0001**<br>  **$31.88 Vendor** | |
| **Staples Credit Plan**<br>**P.O. Box 689020**<br>**Des Moines, IA 50368-9020**<br>  **$1,290.37 credit card** | |

  **0**    continuation sheets attached to Schedule of Codebtors

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Sun-Rich International, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __28__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  11 / 24 / 08

Signature

**Michael A. Larson**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Sun-Rich International, Inc.**

Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$16,564.13** | **Sales - 01/01/08 - 10/31/08** |
| **$20,301.57** | **Sales - 01/01/07 - 12/31/07** |
| **$0.00** | **Sales - 01/01/06 - 12/31/06** |

**2. Income other than from employment or operation of business**

None  ☐  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,275.82 | Interest Income - 01/01/08 -10/31/08 |
| $5,419.87 | Interest Income - 01/01/07 - 12/31/07 |
| $0.00 | Interest Income - 01/01/06 - 12/31/06 |

**3. Payments to creditors**

None  ■  *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None  ☐  b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Affinity Bag Co.<br>1022 Main Street, Suite C<br>Holbrook, NY 11741 | Various | $6,161.89 | $0.00 |
| ArtFlo<br>6939 W. 59th Street<br>Chicago, IL 60638 | | $5,743.87 | $0.00 |
| Catalyst Communications<br>3930 N. Pine Grove, #2504<br>Chicago, IL 60613 | | $6,760.19 | $0.00 |
| Raceway Associates<br>500 Speedway Blvd.<br>Joliet, IL 60433 | | $25,000.00 | $15,000.00 |
| Newman Wachs Racing<br>1312 Armour Blvd.<br>Mundelein, IL 60060 | | $15,000.00 | $0.00 |
| C-Prompt<br>8409 Pickwick Lane $118<br>Dallas, TX 75225 | | $5,202.95 | $1,091.53 |

None  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐  creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached | | $0.00 | $0.00 |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐  this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Cox Livery Service/Beth Cox v. Sunrich International/Mike Larson 08SC8070 | Smal Claims = $1,517.00 | Circuit Court of the 12th Judicial Circuit, Will County, IL | Pending |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■  returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■  this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**Sun-Rich International, Inc.**
**Bankruptcy Filing**

**Satement of Financial Affairs**
**Item #3(c)**
**Payments to Creditors (All Debtors)**

| **Name** | **Titles/Positions** | **Description** | **Dates** | **Amount** |
|---|---|---|---|---|
| William M. Neece, Sr.<br>960 Cape Marco Dr. #1102<br>Marco Island, FL 34145 | Director<br>75 % Owner | Interest on Chase Loan<br>Transfers to Personal Accts<br>Payments for Personal Items<br>Loans to company | 11/1/07 - 10/31/08<br>1/1/08 - 10/31/08<br>1/1/08 - 10/31/08<br>11/1/07 - 10/31/08 | 31,137.74<br>43,173.35<br>21,190.76<br>(1,016,192.00) |
| Michael A. Larson<br>505 Timberline Dr.<br>Joliet, IL 60431 | Director<br>President / COO<br>25% Owner | Interest on Loan<br>Salary<br>Transfers to Personal Accts<br>Loans to company | 11/1/07 - 10/31/08<br>10/26/07 - 10/10/08<br>11/1/07 - 10/31/08<br>11/1/07 - 10/31/08 | 1,498.06<br>61,677.95<br>3,533.61<br>(314,456.17) |
| Kathryn F. Larson<br>615 Kungs Way<br>Joliet, IL 60435 | Director | Salary | 10/26/07 - 10/10/08 | 9,772.87 |
| Francine K. Larson<br>360 W. Wellington #7E<br>Chicago, IL 60657 | Director<br>Sales Manager | Salary | 10/26/07 - 10/10/08 | 24,326.98 |
| Susan J. Lazzara<br>23W727 Turner Ave.<br>Roselle, IL 60172 | Director<br>Secretary/Treasurer<br>CFO/Accountant | Salary | 10/26/07 - 10/10/08 | 72,899.09 |
| Pamela Hurley<br>910 Prospect St.<br>Peru, IL 61354 | Director<br>Secretary/Treasurer<br>Accountant | Accounting Work Billed | 11/1/07 - 10/31/08 | 22,850.00 |
| Gary Gemberling<br>204 S. Main St.<br>Minier, IL 60431 | Director<br>Outside Accountant | Accounting Work Paid<br>Accounting Work Unpaid | 11/1/07 - 10/31/08 | 9,858.75<br>4,926.25 |
| Ken Larson<br>615 Kungs Way<br>Joliet, IL 60435 | Family Employee | Salary | 10/26/07 - 10/10/08 | 26,000.00 |

Sun-Rich International, Inc.
Bankruptcy Filing

Satement of Financial Affairs
Item #19d
Company Financial Statements issued to:

**RSF Social Finance**
1002 A O'Reilly Ave.
San Francisco, CA 94129
 415-561-6173
 415-561-3919 fx
 shobna.dhewant@rsfsocialfinance.org
www.rsfsocialfinance.org
Shobna Dhewant
Lending Manager

**Greenmont Capital Partners**
1628 Walnut Street
Boulder, CO 80302
303-444- 0599 ext. 10
303-444-0603 fx
jessica@greenmontcapital.com
www.greenmontcapital.com
Jessica Ardery

**SJF Ventures**
400 W. Main Street Suite 604
Durham NC. 27701
919-530-1177 ext. 408
919-530-1178 fx
jgravatt@sjfund.com
www.sjfund.com
Justin Gravatt

**Physic Ventures**
200 California Street, 5th floor
San Francisco, CA 94111
415-354-4901
415-354-4915 fx
adonnerphysicventures.com
www.physicventures.com
Andy Donner

**TBL Capital LP**
1505 Bridgeway, S-128
Sausalito, CA 94965
415-331-3200 ext. 703
www.tblcapital.com
Joe Glofield
Mark Finser (former CEO of RSF)

**American Business Acquisitions**
5565 Brentwood Dr.
Hoffman Estates, IL. 60192
312-360-1953
847- 722- 1877 cell
Tony Gavros

**Bradmer Foods**
Adam Borden
Managing Director
Venture Capital Firm
4315 Underwood Road
Baltimore, MD 21218
443-570-8102
Adam.borden@bradmer.com

**CEI Ventures**
Nat Henshaw
Managing Director
nvh@ceimaine.org
Jen- Business Development
CEI Ventures
207-772-5356
207-772-5503
jkb@ceicommunityventures.com
Two Portland Fish Pier, Suite 206
Portland, ME 04101

**Small Enterprise Assistance Fund**
Bert van der Vaart
Bert@seaf.com
1050 17th Street NW, Suite 1150
Washington DC 20036, USA
Tel: (202) 737 8463
Fax: (202) 737 5536
E-mail: seafhq@seafweb.org

**Underdog Ventures, LLC**
23 Route 105, E. Brighton Rd.
P.O. Box 443
Island Pond, VT 05846
 802-723-9909 Fx
 802-723-9933
Email: info@underdogventures.com
David Berge, President
david@underdogventure.com

Sun-Rich International, Inc.
Bankruptcy Filing

Satement of Financial Affairs
Item #19d
Company Financial Statements issued to:

**Calvert Social Investment**
Stephen Moody
steve@calvertventures.com
800-368-2745
4550 Montgomery Ave.
Suite 1000N
Bethesda, MD 20814

**Preserve Capital Group**
31 West Shore Rd
Belvedere, CA 94920
www.preservecap.com
Scott Killips
Investment Director
415-518-1112
scott@preservecap.com

**Good Capital**
Tim Freundlich
Founder and Lead Investment Officer
freundlich@goodcap.net.
2601 Mission Street, Suite 400B
San Francisco, CA 94110
415-285-5601
Wes Selke
415-285-5601

**Legacy Venture**
180 Lytton Avenue
Palo Alto, CA 94301
650-324-5980
info@legacyventure.com
www.legacyventure.com
Russell Hall
Managing Director

**Patrick E. Tunison**
Chief International Lending Officer
US Small Business Administration
202 - 205-6426
patrick.tunison@sba.gov

**James Hanlon**
Vice President
Sovereign Bank SBA Division
Jhanlon@sovereignbank.com
508-984-6288

**NOABER Foundation**
P.O. Box 20
6740 AA Lunteren
The Netherlands
1131318596400
Berdine Preuter
bpreuter@noaber.com
Matthijs Blokhuis
mblokhuis@noaber.com
Wim Post
wpost@noaber.com

**Hichens Harrison & Co.
Inqo Investments Ltd.**
Nick Hawken
11442073824454
Nick.hawken@hichens.com
Jeremy Chantry
11442073827791
Jeremy.chantry@hichens.com

**Charity Bank Limited**
Mr. Malcolm Hayday
11441732774040
enquiries@charitybank.org
www.charitybank.org

**Big Issue Invest**
Puchka Sahay Direnzo
011442071736027/
011447921454649Cell
puchka@biginvest.co.uk

**SOVEC Social Venture Capital**
Silodam 256
1013 AS Amsterdam
The Netherlands
Tel: +31 (0)20-673 28 18
Fax: +31 (0)20-662 17 79
info@sovec.nl

**\*Calvert Social Investment**
4550 Montgomery Avenue
Suite 1000N
Bethesda, Maryland 20814
Stephen Moody

Sun-Rich International, Inc.
Bankruptcy Filing

Satement of Financial Affairs
Item #19d
Company Financial Statements issued to:

**\* Bridge Business Bancorp**
233 South Wacker Drive Suite 5350
Chicago, IL. 60606
800-811-2162
ATT. Mike Pierce

**\* Sandler, Travis & Rosenberg, P.A**
1300 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20004
202-216-9307
ATT. David E. Cohen, Esq

**\* Popular Small Business Capital**
9600 W. Bryn Mawr
Rosemont, IL 60018
242-723-0372
Catherine Magnuson

**\* Park National Bank**
880 North York Road
Elmhurst, IL 60126
630-833-8607

**\* Carman Capital**
1749 N. Wells St.
Chicago, IL. 60614
312-943-6376
David Carrman

**\* Wells Fargo**
1300 S. Grove Avenue, Suite 100
Barrington, IL, 60010
847-382-0461
James Stolt
Matthew Howe

**\* FiFth Third Bank**
7100 West Oakton
MD G24881
Niles, IL.60714
847-967-5300
Vibha Patel

**\* National City**
13159W. 143rd street
Locator C-SOM-XX
Homer Glen, IL. 60491
708-301-2044
Kim Hopkins

**\* Foster Bank**
5225 North Kedzie Avenue
Chicago,IL. 60625
773-588-3355

**\* First Community Bank**
2801 Black Road
Joliet, IL. 60435
815-725-0575
James Coats

**\* Gemberling & Associates**
204 S. Main Street
Minier, IL. 61759
309-392-2266
Gary Gemberling

**\* American Business Acquisitions**
5565 Brentwood Drive
Hoffman Estates, IL. 60192
312-360-1953
Anthony Gavros

**\* Physic Ventures**
200 California Street, 5th floor
San Francisco CA 94111
Andy Donner

**\* Greenmont Capital Partners**
1628 Walnut Street
Boulder, CO 80302
303-444-0599
Jessica Ardery

**\* Shared Interest Society LTD**
No. 2 Cathedral Square
The Groat Market
Newcastle Upon Tyne
NE1 1EH
United Kingdom
(0)191 233 9100
Jane Burns

**\* VEDDER PRICE, PC**
875  15th street, NW
Suite 725
Washington, DC 20005
202-312-3325
Douglas Ochs Adler

Sun-Rich International, Inc.
**Bankruptcy Filing**

**Satement of Financial Affairs**
**Item #19d**
**Company Financial Statements issued to:**

**\* Cantera Parttners**
1 Burlington Place
1004 Farnam Suite 400
Omaha, NE 68102
402-930-3049
Michael Jung

**\* TBL Capital LP**
1505 Bridgeway, S-128
Sausalito, CA 94965
415-331-3200
Joe Glorfield

**\* Imbibe Corporation**
8001 N. Lincoln Ave., Suite 201
Skokie, IL. 60077
Andrew Rashkow

**\* RSF Social Finance**
1002A O'Reilly Avenue
San Francisco, CA 94129
415-561-6173
Shobna Dhewant

**\* Small Enterprise Assistance Fund**
1050 17th Street NW, Suite 1150
Washington, DC 20036
Bert van der Vaart

**\* Rinconada Ventures**
455 Eureka Street
San Francisco, CA 94114
Mark Breimhorst

**Shared Interest Society Ltd**
No. 2 Cathedral Square,
The Groat Market Newcastle upon Tyne  NE 1 1EH, United Kingdom
 01144191 233 9100
01144191 233 9110
jane.burns@sharedinterest.com
www.shared-interest.com
Jane Burns


**Cantera Partners**
One Burlington Place Suite 400
1004 Farnam St.
Omaha, Nebraska 68102
800-283-2357
402- 9303049
402-930-3066fx mjung@cateraparnerspartners.com
www.canterapartners.com
Michael Jung, Vice President

**Rinconada Ventures**
Mark Breimhorst
Founder
415-642-7441
info@rinconada.org
455 Eureka Street
San Francisco, CA 94114

**Center for Financial Services Innovation/Shorebank Affiliate**
Jennifer Tescher, Director
312-881-5818
jtescher@cfsinnovation.com
Arjan Shutte, Assoc. Director
312-881-5840
arjan@cfsinnovation.com


**Nutrition Capital Network**
4452 Park Blvd. #306
San Diego, California 92116
Grant Ferrier
gferrier@nutrition capital.com
619-295-7685  ext. 15

**Bluestem Ventures (Angel Capital)**
P.O. Box 7446
Springfield, Illnois 62791
Bruce Sommer
Managing Director
Bruce.sommer@bluestemventures.com

**Cornerstone Angels**
Michael Gruber
Managing Director
Chicago, Illinois
312-505-5659
Michael@cornerstoneangels.com
Arik Pelkey
arikpelkey@cornerstoneangels.com
Keith Waxelman
kwaxelman@cornerstoneangels.com

**Hyde Park Angels**
Michael P. Polsky Center for Entrepreneurship
University of Chicago Graduate School of Business
5807 South Woodlawn Ave
Chicago, Ill 60637
Tina Spielman, Program Manager
tina@hydeparkangels.com

**Triodos Netherlands**
Koert Jansen
koert.jansen@triodos.nl
Tel 030 6936558
Mobile 06 53121140  Fax 030 6936566
Triodos Bank
Whitni Thomas
11442071383209
Whitni.thomas@triodos.co.uk

**Transformational Business Network**
Jerry Marshall
Network Development Director
11442085456930
info@tbnetwork.org

**\*Center for Financial Services Innovation**
2230 South Michigan Avenue
Suite 200
Chicago, IL. 60616
Ms.Jennifer Tescher

**\* Barnes & Thornburg LLP**
One North Wacker Drive
Suite 4400
Chicago, IL. 60606
312-357-1313
 ATT. David Edwards

**\* Michael Goldman & Associates, LLC**
655 Deerfield Rd, Ste 100 PMB 325
Deerfield, IL. 60015
847-940-0745
ATT. Michael Goldman

**\* Fairmont Capital Strategy Group, LLC**
888 16th Street, NW, ST. 800
Washinton, DC 20006
202-558-8673
ATT. Bert Ubamadu

**\* JP Morgan Chase,N.A.**
1201South Milwaukee Avenue
Libertyville,IL. 60048
847-816-4279
Laura Crandall
Wendy Bash

**\* VEDDER PRICE P.C.**
222 North LaSalle Street
Chicago, IL. 60601
312-560-2523
Michael Eidelman

**\* SJF Ventures**
400 W. Main Street
Suite 604 Durham NC 27701
919-530-1177
Justin Gravatt

**\* NoteAbility Investors, Inc.**
2364 Essington Road, Suite 151
Joliet,IL. 60435
815-237-8002
Doreen Vieitez

**\* Root Capital**
675 Massachusetts Ave. 8th floor
Cambridge, Massachusetts 02139
617-661-5792
Brian Milder

**\* Heartland Angels, Inc.**
7650 N. La Vergne
Skokie, IL. 60077
847-675-3057
Ron Kirschner


**\* CIT Small Business Lending Corp.**
377 E. Butterfield Rd. Suite 925
Lombard, IL. 60148
630-434-7333
Tim Landry

8

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| William M. Neece 960 Cape Marco Dr., #1102 Marco Island, FL 34145 | Director | 75% |
| Michael A. Larson 505 Timberline Dr. Joliet, IL 60431 | Director | President - 25% |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| Kathryn F. Larson 615 Kungs Way Joliet, IL 60435 | Director | 10/29/2008 |
| Michael M. Eidelman c/o 222 N. LaSalle Street Suite 2600 Chicago, IL 60601 | Director | 10/29/2008 |
| Francine K. Larson 360 W. Wellington, #7E Chicago, IL 60657 | Director | 10/03/2008 |
| Susan J. Lazzara 23W727 Turner Ave. Roselle, IL 60172 | Director - Secretary/Treasurer | 10/03/2008 |
| Pamela Hurley 910 Prospect St. Peru, IL 61354 | Director - Secretary/Treasurer | 05/27/2008 |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Gary Gemberling**<br>**204 S. Main Street**<br>**Minier, IL 60431** | **Director** | **05/07/2008** |
| **Paul Perona**<br>**4110 Progress Boulevard**<br>**Peru, IL 61354** | **Director** | **09/06/2007** |
| **William M. Neece, Jr.**<br>**19332 Stonebrooke Street**<br>**Weston, FL 33332** | **Director** | **11/18/2008** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐　If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See Attached** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■　If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION　　　　　　　　　　　　　　　TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■　If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND　　　　　　　　　　　　　　　　　　TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___11/24/08___　　　　　Signature ___m. a. Larson___

　　　　　　　　　　　　　　　　　**Michael A. Larson**
　　　　　　　　　　　　　　　　　**President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  **Sun-Rich International, Inc.**                                    Case No. _____

_____                       Chapter  **7**
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept.................................................... $ _____**10,000.00**

    Prior to the filing of this statement I have received................................... $ _____**10,000.00**

    Balance Due................................................................................................ $ _____**0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor       ☒ Other (specify):  **Kay Larson**

3.  The source of compensation to be paid to me is:

    ☐ Debtor       ☒ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  _____**12/04/08**_____                      _____

**Michael M. Eidelman**
**Vedder Price P.C.**
**222 North LaSalle**
**Chicago, IL 60601**
**312-609-7500   Fax: 312-609-5005**

---

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Sun-Rich International, Inc.**

Debtor(s)

Case No.
Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **86**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  _11/24/08_

_[signature]_

**Michael A. Larson/President**
Signer/Title

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037