# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
SUN-RICH INTERNATIONAL, INC.        §    Case No. 08-33231 SQU
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_ , and now requests reimbursement for expenses of $ \_\_\_\_ , for total expenses of $ \_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

Case 08-33231    Doc 35    Filed 02/29/12    Entered 02/29/12 11:01:40    Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT          Page: 1
Document      Page 3 of 10
ASSET CASES                                    Exhibit A

| Case No: | 08-33231 | SQU | Judge: JOHN H. SQUIRES | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | SUN-RICH INTERNATIONAL, INC. | | | Date Filed (f) or Converted (c): | 12/04/08 (f) |
| | | | | 341(a) Meeting Date: | 01/14/09 |
| For Period Ending: 02/13/12 | | | | Claims Bar Date: | 06/05/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. OFFICE EQUIPMENT | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 2. Machinery and fixtures | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 3. Inventory | 182,786.66 | 32,341.40 | | 32,341.40 | FA |
| 4. BANK ACCONTS | 243.20 | 0.00 | DA | 0.00 | FA |
| 5. Security Deposit | 7,250.33 | 0.00 | | 0.00 | FA |
| 6. INSURANCE | 2,989.00 | 0.00 | | 0.00 | FA |
| 7. A/R | 369.36 | 256.96 | | 256.96 | FA |
| 8. TAX REFUND (u) | 0.00 | 44,941.46 | | 44,941.46 | FA |
| 9. PATENT | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. CIB of Jamaica | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 29.28 | Unknown |

|  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $208,638.55 | $92,539.82 | $92,569.10 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims, prepare tax return and file TFR

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 03/31/12

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

LFORM1                                                                                                  Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-33231 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9734  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2512 | | | |
| For Period Ending: | 02/13/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/05/09 | 1, 2, 3 | American Auction Associates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL  60455 | Proceeds of sale | 1129-000 | 47,341.40 | | 47,341.40 |
| 03/24/09 | 7 | Sam's Wine & Liquors<br>1720 N. Marcey Street<br>Chicago, IL  60614 | | 1221-000 | 256.96 | | 47,598.36 |
| 04/23/09 | 000301 | Donald Dodge<br>American Auction Associates, Inc.<br>8515 S. Thomas Ave.<br>Bridgeview, IL  60455 | Auctioneer Expenses per Court Order | 3620-000 | | 7,375.90 | 40,222.46 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 40,223.04 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,224.06 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,225.06 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,226.08 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,227.10 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,228.09 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,229.11 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,230.11 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,231.14 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,232.16 |
| 02/09/10 | 000302 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 29.86 | 40,202.30 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.93 | | 40,203.23 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,204.26 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,205.25 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,206.27 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,207.27 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,208.29 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,209.32 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,210.31 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals    47,616.07    7,405.76

Ver: 16.05c

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 08-33231 -SQU | |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | |
| Taxpayer ID No: | *******2512 | |
| For Period Ending: | 02/13/12 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9734  Money Market Account (Interest Earn | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,211.33 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,212.33 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,213.35 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,214.37 |
| 02/07/11 | 000303 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 34.11 | 40,180.26 |
| 02/21/11 | 000304 | Alan D. Lasko & Associates<br>29 S. Lasalle St.<br>Chicago, IL 60603 | Accountant Fees per Court Order | 3410-000 | | 3,806.70 | 36,373.56 |
| 02/21/11 | 000305 | Alan D. Lasko & Associates<br>29 S. Lasalle St.<br>Chicago, IL 60603 | Accountant Expenses per Court Order | 3420-000 | | 39.40 | 36,334.16 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 36,334.47 |
| 03/02/11 | 8 | Internal Revenue Service | Tax Refund | 1224-000 | 44,941.46 | | 81,275.93 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.65 | | 81,276.58 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.67 | | 81,277.25 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.69 | | 81,277.94 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.67 | | 81,278.61 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.69 | | 81,279.30 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.69 | | 81,279.99 |
| 09/12/11 | 000306 | Alan D. Lasko<br>29 S. LaSalle St.<br>Suite 1240<br>Chicago, IL 60603 | Accountant's fees per court order | 3410-000 | | 6,825.50 | 74,454.49 |
| 09/12/11 | 000307 | Alan D. Lasko<br>29 S. LaSalle St.<br>Suite 1240<br>Chicago, IL 60603 | Accountant's expenses per court or | 3410-000 | | 22.50 | 74,431.99 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.64 | | 74,432.63 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.63 | | 74,433.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals          44,951.16         10,728.21

Ver: 16.05c

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-33231 -SQU | | Trustee Name: | GINA B. KROL |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9734 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2512 | | | |
| For Period Ending: | 02/13/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 94.83 | 74,338.43 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.61 | | 74,339.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 91.65 | 74,247.39 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.63 | | 74,248.02 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 91.54 | 74,156.48 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.63 | | 74,157.11 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 97.25 | 74,059.86 |
| 02/09/12 | 000308 | Illinois Department of Revenue | 2011 Corporate Income Tax | 2820-000 | | 710.00 | 73,349.86 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 92,569.10 | 19,219.24 | 73,349.86 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 92,569.10 | 19,219.24 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 92,569.10 | 19,219.24 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | Money Market Account (Interest Earn - *******9734 | 92,569.10 | 19,219.24 | 73,349.86 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 92,569.10 | 19,219.24 | 73,349.86 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:  /s/    GINA B. KROL
_____  Date: 02/13/12
GINA B. KROL

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-33231 SQU
Case Name: SUN-RICH INTERNATIONAL, INC.
Trustee Name: GINA B. KROL

   Balance on hand                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |
| Other: Alan D. Lasko | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses    $_____
  Remaining Balance                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Tom Douglas | $ | $ | $ |
| 000016B | Internal Revenue Service | $ | $ | $ |
| 000018 | Susan Lazzara | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | STATE UNEMPLOYMENT INSURANCE | $ | $ | $ |
| AUTO | OTHER DEDUCTIONS | $ | $ | $ |

Total to be paid to priority creditors         $_____

Remaining Balance                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Barnes & Thornburg LLP | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | FedEx Customer Information Service | $ | $ | $ |
| 000003 | The Wood Burditt Group | $ | $ | $ |
| 000004 | Johnson Group | $ | $ | $ |
| 000005 | Chase Bank USA NA | $ | $ | $ |
| 000006 | Cornerstone Services, Inc. | $ | $ | $ |
| 000007 | Express One - Chicago | $ | $ | $ |
| 000008 | ComEd Co | $ | $ | $ |
| 000009 | Clark Products, Inc. | $ | $ | $ |
| 000011 | Uline | $ | $ | $ |
| 000012 | The Label Printers | $ | $ | $ |
| 000013 | Chamong Inc. | $ | $ | $ |
| 000014 | Lambs Farm | $ | $ | $ |
| 000015 | Sandler, Travis & Rosenberg P.A. | $ | $ | $ |
| 000017 | Woodridge Commerce Center, LLC | $ | $ | $ |
| 000019 | C-Prompt | $ | $ | $ |
| 000020 | Hartford Fire Insurance Company | $ | $ | $ |
| 000021 | Hartford Fire Insurance Company | $ | $ | $ |
| 000022 | Verizon Wireless | $ | $ | $ |
| 000023 | Anne Holton | $ | $ | $ |
| 000024 | Raceway Associates Inc d/b/a Chicagoland Speedway | $ | $ | $ |
| 000025 | Murname Specialties Inc. | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000016A | Internal Revenue Service | $ | $ | $ |

    Total to be paid to subordinated unsecured creditors    $_____

    Remaining Balance    $_____