UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| SUN-RICH INTERNATIONAL, INC. | ) | Case No. 08-33231 |
| | ) | |
| | ) | |

## APPLICATION OF TRUSTEE'S COUNSEL OR OTHER PROFESSIONALS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO:   HONORABLE Calendar D
      BANKRUPTCY JUDGE

GINA B. KROL, counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1.      An order for relief under Chapter 7 was entered on December 4, 2008.   On January 30, 2009, an order was entered approving the employment of Counsel for the Trustee. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

2.      Applicant requests $4,090.50 in compensation for 10.10 hours of services performed for the period January 20, 2009 through present and reimbursement of actual expenses in the amount of $180.80.

3.   A description of the nature of the services rendered by the Applicant is as follows:

COMPENSATION

Cohen and Krol prepared and presented the Trustee's application to compensate the auctioneer who conducted the public auction sale of the Debtor's assets. Cohen and Krol also prepared and presented the first and second applications for compensation of Trustee's accountants who prepared Estate's income tax returns.   Cohen and Krol expended 6.45 hours in the activity of Compensation.

**EXHIBIT G**

PROFESSIONAL EMPLOYMENT

Cohen and Krol prepared and presented Trustee's application to employ the auctioneer. Much of the money on hand with Trustee is the result of the auction conducted in this case. Cohen and Krol also prepared Trustee's application to employ attorneys and accountants for the Trustee. These activities were required under the Bankruptcy Code. Cohen and Krol expended 3.65 hours in the activity of Professional Employment.

4.  Attached as Exhibit "A" is an itemized statement of the legal services rendered. The statement reflects the legal services rendered, the time expended and a description of the work performed.

5.  Attached as Exhibit "B" is an itemized statement of the actual expenses incurred by the Applicant.

6.  Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

7.  At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of $4,090.50 and reimbursement of actual and necessary expenses of $180.80 for legal services rendered in this case.

RESPECTFULLY SUBMITTED,

Date: February 1, 2012                    /s/ Gina B. Krol

GINA B. KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**EXHIBIT G**