# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUN-RICH INTERNATIONAL, INC. | § | Case No. 08-33231 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      CLERK OF BANKRUPTCY COURT
      KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/06/2012 in Courtroom 4016,
      DuPage County Courthouse
      505 N. County Farm Rd.
      Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/29/2012        By: CLERK OF BANKRUPTCY COURT

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SUN-RICH INTERNATIONAL, INC.   §   Case No. 08-33231
§
Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 92,569.10 |
| and approved disbursements of | $ 19,219.24 |
| leaving a balance on hand of[1] | $ 73,349.86 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 7,878.42 | $ 0.00 | $ 7,878.42 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,050.90 | $ 0.00 | $ 4,050.90 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 3,132.00 | $ 0.00 | $ 3,132.00 |
| Other: International Sureties Ltd. | $ 34.11 | $ 34.11 | $ 0.00 |
| Other: Cohen & Krol | $ 180.80 | $ 0.00 | $ 180.80 |
| Other: Alan D. Lasko | $ 12.20 | $ 0.00 | $ 12.20 |
| Total to be paid for chapter 7 administrative expenses | | $ | 15,254.32 |
| Remaining Balance | | $ | 58,095.54 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 28,057.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Tom Douglas | $ 8,076.93 | $ 0.00 | $ 8,076.93 |
| 000016B | Internal Revenue Service | $ 7,632.42 | $ 0.00 | $ 7,632.42 |
| 000018 | Susan Lazzara | $ 9,636.72 | $ 0.00 | $ 9,636.72 |
| AUTO | INTERNAL REVENUE SERVICE | $ 1,098.25 | $ 0.00 | $ 1,098.25 |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | $ 141.71 | $ 0.00 | $ 141.71 |
| AUTO | INTERNAL REVENUE SERVICE | $ 256.85 | $ 0.00 | $ 256.85 |
| AUTO | STATE UNEMPLOYMENT INSURANCE | $ 1,133.67 | $ 0.00 | $ 1,133.67 |
| AUTO | OTHER DEDUCTIONS | $ 80.77 | $ 0.00 | $ 80.77 |

Total to be paid to priority creditors          $          28,057.32

Remaining Balance          $          30,038.22

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 205,825.48 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Barnes & Thornburg LLP | $ 12,519.45 | $ 0.00 | $ 1,827.09 |
| 000002 | FedEx Customer Information Service | $ 14,750.35 | $ 0.00 | $ 2,152.67 |
| 000003 | The Wood Burditt Group | $ 2,843.55 | $ 0.00 | $ 414.99 |
| 000004 | Johnson Group | $ 3,420.02 | $ 0.00 | $ 499.12 |
| 000005 | Chase Bank USA NA | $ 50,133.26 | $ 0.00 | $ 7,316.46 |
| 000006 | Cornerstone Services, Inc. | $ 168.24 | $ 0.00 | $ 24.55 |
| 000007 | Express One - Chicago | $ 1,119.14 | $ 0.00 | $ 163.33 |
| 000008 | ComEd Co | $ 1,054.92 | $ 0.00 | $ 153.96 |
| 000009 | Clark Products, Inc. | $ 2,627.50 | $ 0.00 | $ 383.46 |
| 000011 | Uline | $ 2,874.96 | $ 0.00 | $ 419.57 |
| 000012 | The Label Printers | $ 9,596.35 | $ 0.00 | $ 1,400.49 |
| 000013 | Chamong Inc. | $ 2,887.20 | $ 0.00 | $ 421.36 |
| 000014 | Lambs Farm | $ 5,620.12 | $ 0.00 | $ 820.20 |
| 000015 | Sandler, Travis & Rosenberg P.A. | $ 17,189.25 | $ 0.00 | $ 2,508.60 |
| 000017 | Woodridge Commerce Center, LLC | $ 57,816.92 | $ 0.00 | $ 8,437.82 |
| 000019 | C-Prompt | $ 1,091.53 | $ 0.00 | $ 159.30 |
| 000020 | Hartford Fire Insurance Company | $ 372.77 | $ 0.00 | $ 54.40 |
| 000021 | Hartford Fire Insurance Company | $ 303.23 | $ 0.00 | $ 44.25 |
| 000022 | Verizon Wireless | $ 223.92 | $ 0.00 | $ 32.68 |
| 000023 | Anne Holton | $ 900.00 | $ 0.00 | $ 131.35 |
| 000024 | Raceway Associates Inc d/b/a Chicagoland Speedway | $ 16,575.00 | $ 0.00 | $ 2,418.96 |
| 000025 | Murname Specialties Inc. | $ 1,737.80 | $ 0.00 | $ 253.61 |

Total to be paid to timely general unsecured creditors            $            30,038.22

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

    Remaining Balance      $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 649.61 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000016A | Internal Revenue Service | $ 649.61 | $ 0.00 | $ 0.00 |

    Total to be paid to subordinated unsecured creditors      $_____0.00

    Remaining Balance      $_____0.00

    Prepared By: /s/GINA B. KROL
                            Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                 Northern District of Illinois
In re:                                                                           Case No. 08-33231-DRC
Sun-Rich International, Inc.                                                     Chapter 7
                 Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0752-1           User: mgonzalez              Page 1 of 4                  Date Rcvd: Mar 01, 2012
                               Form ID: pdf006              Total Noticed: 84


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2012.
db           #+Sun-Rich International, Inc.,    10204 Werch Drive, Suite 303,    Woodridge, IL 60517-5086
aty           +Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,    Chicago, IL 60603-1522
12931841      +A Southern Season,    201 S. Estes Drive,   Chapel Hill, NC 27514-6118
12931845      +AT&T,   P.O. Box 8100,    Aurora, IL 60507-8100
12931846       AT&T Teleconference Services,    P.O. Box 2840,   Omaha, NE 68103-2840
12931842      +Anne Holton,    2544 Prospect Ave.,   Evanston, IL 60201-1174
12931844       Associated Material Handling,    Dept CH17469,   Palatine, IL 60055-7469
12931847       Barnes & Thornburg LLP,    One North Wacker Drive,    Suite 4400,   Chicago, IL 60606-2833
12931848      +C-Prompt,    8409 Pickwick Lane,   #118,   Dallas, TX 75225-5323
12931849       Capital One Bank,    P.O. Box 5294,   Carol Stream, IL 60197-5294
12931850      +Caps57,    6025 Paysphere Circle,   Chicago, IL 60674-0001
12931851      +Chamong Inc.,    645 Countess Drive,   Yardley, PA 19067-4617
13667986       Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
12931852       Chase Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
12931853      +Chris Cassidy Photography,    1147 West Ohio Street,    Chicago, IL 60642-6467
12931854       CitiBusiness Card,    P.O. Box 688908,   Des Moines, IA 50368-8908
12931855      +Clark Products, Inc.,    #774311,   4311 Solutions Center,   Chicago, IL 60677-4003
12931856      +Coffee Masters, Inc.,    P.O. Box 460,   Spring Grove, IL 60081-0460
12931857     +++ComEd Co,    Attn: Bankruptcy Sec/Rev Mgmt,    2100 Swift Drive,   Oakbrook, IL 60523-1559
12931858      +Cora Lee Candies,    1844 Waukegan Road,   Glenview, IL 60025-2112
12931859      +Cornerstone Services, Inc.,    777 Joyce Road,   Joliet, IL 60436-1877
12931861      +Dale Coyne Racing, Inc.,    13400 Budler Road,   Plainfield, IL 60544-9493
12931863      +Douglas VanDell,    23528 West 135th Street,   Plainfield, IL 60544-5055
12931864      +Dynamex, Inc.,    12837 Collections Center Drive,    Chicago, IL 60693-0128
12931866     #+Express One - Chicago,    P.O. Box 900070,   Sandy, UT 84090-0070
12931869      +FM Zero Racing Limited,    32531 N. Scottsdale Road,    Suite 105 #284,    Scottsdale, AZ 85266-1519
12931867       FedEx,   P.O. Box 94515,    Palatine, IL 60094-4515
13505328      +FedEx Customer Information Service,    Assignee of FedEx Express/FedEx Ground,
                Attn: Rev Recovery/Bankruptcy,    3965 Airways Blvd, Module G, 3rd Floor,
                Memphis, TN 38116-5017
12931868      +Flowers on the Side,    816 6th Avenue,   De Witt, IA 52742-1329
12931870      +Foster and Son Fire Extinguishers,    7309 West 90th Street,    Bridgeview, IL 60455-2119
12931871      +Francine Larson,    360 West Wellington,   Chicago, IL 60657-5651
12931872      +Gemberling/Packard & Associates,    P.O. Box 50,    204 South Main Street,    Minier, IL 61759-7521
12931873      +Go Packaging,    1000 North Main Street,   Lombard, IL 60148-1361
13899485       Hartford Fire Insurance Company,    Bankruptcy Unit, T-1-55,    Hartford Plaza,
                Hartford, CT 06115
13899492       Hartford Fire Insurance Company,    Hartford Plaza,   Hartford, CT 06115
12931875     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,    Springfield, IL 62726)
12931874       Ice Mountain,    P.O. Box 856680,   Louisville, KY 40285-6680
12931876      +Illinois Paper and Copier Company,    6 Territorial Court,    Bolingbrook, IL 60440-4662
12931878      +Irene Catanese,    1555 W. School Street,   Unit 2F,    Chicago, IL 60657-2159
12931879       J.P. Morgan Chase Vastara, Inc.,    P.O. Box 67000,    Dept. 67000,   Detroit, MI 48267-2693
12931880      +Johnson Group,    P.O. Box 5566,   Rockford, IL 61125-0566
12931881       Juniper Business Card Services,    P.O. Box 23066,    Columbus, GA 31902-3066
12931882      +Kay Larson,    615 Kungs Way,   Joliet, IL 60435-5315
12931883      +Ken Larson,    615 Kungs Way,   Joliet, IL 60435-5315
12931885     +++Lambs Farm,    Attn: Pat McGuire,    P.O. Box 520,   Libertyville, IL 60048-0520
12931886      +Master Paper Box Co. Inc.,    3641 South Iron Street,    Chicago, IL 60609-1322
12931887      +Michael Larson,    505 Timberline Drive,   Joliet, IL 60431-4830
12931888      +Mike Larson,    505 Timberline Drive,   Joliet, IL 60431-4830
12931889      +Miller Motorsports Park, Utah,    2901 Sheep Lane,    Tooele, UT 84074-9100
12931890      +Murname Specialties Inc.,    607 Northwest Ave.,    Northlake, IL 60164-1301
12931891      +Nancee Borgnine,    4355 Sepulveda Blvd.,   #215,    Sherman Oaks, CA 91403-3961
12931893      +National Aircheck Inc.,    338 S. Edgewood,   Wood Dale, IL 60191-2511
12931895      +Oser Communications,    P.O. Box 30520,   Tucson, AZ 85751-0520
12931896      +PR Newswire,    810 Seventh Ave.,   Floor 35,   New York, NY 10019-5818
13998002      +Raceway Associates Inc d/b/a Chicagoland Speedway,    Laurence H Bartlett,    Crotty & Bartlett PA,
                1825 Business Park Blvd Suite A,    Daytona Beach, FL 32114-1261
12931897     +++Raceway Associates LLC (RA),    Crotty Bartlett & Kelly PA,    Laurence H Bartlett,    PO Box 9547,
                Daytona Beach, FL 32120-9547
12931898       Raymond Leasing Corp.,    P.O. Box 203905,   Houston, TX 77216-3905
12931900       Salesforce.com, Inc.,    P.O. Box 842569,   Boston, MA 02284-2569
12931901      +Sam's Wines & Spirits,    1720 N. Marcey Street,    Chicago, IL 60614-4819
12931902     #+Sandler, Travis & Rosenberg P.A.,    P.O. Box 523304,    Miami, FL 33152-3304
12931903      +Southern Advertising,    14 Bill Drive,   Greer, SC 29651-7618
12931904       Staples Credit Plan,    P.O. Box 689020,   Des Moines, IA 50368-9020
12931905      +Stein Limited,    777 E. Wisconsin Avenue,   #G3,    Milwaukee, WI 53202-5302
12931906      +Susan Lazzara,    23W727 Turner Avenue,   Roselle, IL 60172-2953
12931908      +Terminix International,    655 West Grand Avenue,    Suite 150,   Elmhurst, IL 60126-1035
12931909      +Terri Lynn Inc.,    2794 Paysphere Circle,   Chicago, IL 60674-0001
12931910       The Drake,    140 E. Walton Place,   Chicago, IL 60611-1501
12931911       The Hartford,    P.O. Box 2907,   Hartford, CT 06104-2907
```

```
District/off: 0752-1          User: mgonzalez            Page 2 of 4              Date Rcvd: Mar 01, 2012
                              Form ID: pdf006            Total Noticed: 84

12931912     +The Label Printers,    1710 Landmark Road,    Aurora, IL 60506-1192
13508717     +The Wood Burditt Group,    10 E Scranton Ave  Suite 201,    Lake Bluff, IL 60044-2540
12931917      UPS Supply Chain Solutions,    28013 Network Place,    Chicago, IL 60673-1280
12931918      UPS/UPS SCS Dallas,    P.O. Box 730900,    Dallas, TX 75373-0900
12931915     +Uline,    Attn: Accounts Payable,    2200 S. Lakeside Drive,    Waukegan, IL 60085-8311
12931916     +United Fulfillment Solutions, Inc.,    423 Bussen Underground Road,    Saint Louis, MO 63129-3868
12931919     +Vedder Price P.C.,    222 N. LaSalle Street,    Suite 2600,    Chicago, IL 60601-1104
12931921     +William M. Neece,    960 Cape Marco Drive, #1102,    Marco Island, FL 34145-6352
12931924      Woodridge Commerce Center, LLC,    c/o Principal Life Ins Co,    Dennis D Ballard,
               801 Grand Ave G-34 Attn:,    Des Moines, IA  50392-0301
12931923      Woodridge Commerce Center, LLC,    P.O. Box 6113,    Property 251110,    Hicksville, NY 11802-6113
12931925     +World Gourmet Food,    105 Krispy Kreme Drive,    Bloomington, IL 61704-3759

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12931862      E-mail/Text: CustomerNoticesEast@dexknows.com Mar 02 2012 05:34:50      Dex,    8519 Innovation Way,
               Chicago, IL 60682-0085
12931865      E-mail/Text: ar@echo.com Mar 02 2012 05:34:54      Echo Global Logistics, Inc.,
               Accounts Receivable,    22168 Network Place,    Chicago, IL 60673-1221
12931877      E-mail/Text: cio.bncmail@irs.gov Mar 02 2012 05:29:11      Internal Revenue Service,    POB 21126,
               Philadelphia, PA  19114
12931894      E-mail/Text: bankrup@nicor.com Mar 02 2012 05:31:32      Nicor,    P.O. Box 416,
               Aurora, IL 60568-0001
12931920     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 02 2012 06:59:22      Verizon Wireless,
               P.O. Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Alan D Lasko & Associates PC
aty          Donald Dodge,    American Auction Associates Inc
12931884     LaBourdonnais,    Mapou Ile Maurice
12931892     Nashville Wraps,    Internet
12931907     Telelink,    44 Austin Street,    P.O. Box 8038,    St. John (zip: A1B 3M7), NL
12931922     Wisconsin Department of Revenue
12931899*    Raymond Leasing Corp.,    P.O. Box 203905,    Houston, TX 77216-3906
12931840    ##5th Food Group,    4412 Copper Mountain Lane,    Richardson, TX 75082-3814
12931843   ##+Ask It in a Basket, Inc.,    784 Busse Highway,    Park Ridge, IL 60068-2402
12931860   ##+Cox Livery Service,    1815 Plainfield Road,    Crest Hill, IL 60403-1961
12931913   ##+The Wood Burditt Group,    1025 Everett Road,    Suite 100,    Lake Forest, IL 60045-2697
12931914   ##+Tom Douglas,    688 Kensington Way,    Bolingbrook, IL 60440-1035
                                                                                   TOTALS: 6, * 1, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: mgonzalez             Page 3 of 4            Date Rcvd: Mar 01, 2012
                              Form ID: pdf006            Total Noticed: 84

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 03, 2012**          **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1          User: mgonzalez            Page 4 of 4             Date Rcvd: Mar 01, 2012
                              Form ID: pdf006            Total Noticed: 84
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 29, 2012 at the address(es) listed below:

          Gina B Krol    on behalf of Accountant Alan Lasko kingkrol@aol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    on behalf of Trustee Gina Krol gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Joseph E Cohen    on behalf of Trustee Gina Krol jcohen@cohenandkrol.com,
           jcohenattorney@aol.com;jhazdra@cohenandkrol.com
          Michael M. Eidelman    on behalf of Debtor  Sun-Rich International, Inc. meidelman@vedderprice.com,
           ecfdocket@vedderprice.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Yan  Teytelman    on behalf of Trustee Gina Krol law_4321@yahoo.com,  Billbusters@BestClientinc.com
                                                                                   TOTAL: 7