Donald R. Cassling

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                          §
                                                §
SUN-RICH INTERNATIONAL, INC.                    §        Case No. 08-33231 DRC
                                                §
            Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPT. OF REVENUE | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO & ASSOCIATES | | | | | |
| DONALD DODGE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Douglas Van Dell |  |  |  |  |  |
|  | Francine Larson |  |  |  |  |  |
|  | IDOR |  |  |  |  |  |
|  | IRS |  |  |  |  |  |
|  | Irene Catanese |  |  |  |  |  |
|  | Ken Larson |  |  |  |  |  |
|  | Mike Larson |  |  |  |  |  |
|  | Wisconsin Dept. of Revenue |  |  |  |  |  |
| AUTO | INTERNAL REVENUE SERVICE |  |  |  |  |  |
| AUTO | INTERNAL REVENUE SERVICE |  |  |  |  |  |
| AUTO | INTERNAL REVENUE SERVICE |  |  |  |  |  |
| AUTO | LOCAL INCOME TAX |  |  |  |  |  |
| AUTO | STATE TAX |  |  |  |  |  |
| 000018 | SUSAN LAZZARA |  |  |  |  |  |
| 000010 | TOM DOUGLAS |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| 000016B | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | OTHER DEDUCTIONS | | | | | |
| AUTO | STATE UNEMPLOYMENT INSURANCE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5th Food Group | | | | | |
| | A Southern Season | | | | | |
| | AT&T | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ask It in a Basket Inc. | | | | | |
| | Associated Material Handling | | | | | |
| | Caps 57 | | | | | |
| | Chris Cassidy Photography | | | | | |
| | Coffee Masters Inc | | | | | |
| | Commonwealth Edison | | | | | |
| | Cora Lee Candles | | | | | |
| | Cox Livery Service | | | | | |
| | Dale Coyne Racing | | | | | |
| | Dynamex Inc. | | | | | |
| | Echo Global Logistics Inc. | | | | | |
| | FM Zero Racing Limited | | | | | |
| | Fed Ex | | | | | |
| | Flowers on the Side | | | | | |
| | Foster and son Fire Extinguishers | | | | | |
| | Gemberling/Packard & Assoc. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ice Mountain | | | | | |
| | Illinois Paper and Copier Company | | | | | |
| | Kay Larson | | | | | |
| | LaBourdonnais | | | | | |
| | Master Paper Box Co., Inc. | | | | | |
| | Michael Larson | | | | | |
| | Miller Motorsports Park, Utah | | | | | |
| | Nancee Borgnine | | | | | |
| | Nashville Wraps | | | | | |
| | National Aircheck Inc. | | | | | |
| | Oser Communications | | | | | |
| | PR Newswire | | | | | |
| | Raymond Leasing Corp. | | | | | |
| | Salesforce.com, Inc. | | | | | |
| | Sam's Wines & Spirits | | | | | |
| | Southern Advertising | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Stein Ltd. | | | | | |
| | Telelink | | | | | |
| | Terminix International | | | | | |
| | Terri Lynn Inc. | | | | | |
| | The Drake | | | | | |
| | UPS Supply Chain Solutions | | | | | |
| | UPS/UPS SCS Dallas | | | | | |
| | United Fulfillment Solutions Inc. | | | | | |
| | Vedder Price PC | | | | | |
| | William M. Neece | | | | | |
| | World Gourmet Food | | | | | |
| 000023 | ANNE HOLTON | | | | | |
| 000001 | BARNES & THORNBURG LLP | | | | | |
| 000013 | CHAMONG INC. | | | | | |
| 000005 | CHASE BANK USA NA | | | | | |
| 000009 | CLARK PRODUCTS, INC. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | COMED CO | | | | | |
| 000002 | FEDEX CUSTOMER INFORMATION SERVICE | | | | | |
| 000004 | JOHNSON GROUP | | | | | |
| 000014 | LAMBS FARM | | | | | |
| 000025 | MURNAME SPECIALTIES INC. | | | | | |
| 000024 | RACEWAY ASSOCIATES INC D/B/A CHICAG | | | | | |
| 000003 | THE WOOD BURDITT GROUP | | | | | |
| 000011 | ULINE | | | | | |
| 000019 | C-PROMPT | | | | | |
| 000006 | CORNERSTONE SERVICES, INC. | | | | | |
| 000007 | EXPRESS ONE - CHICAGO | | | | | |
| 000021 | HARTFORD FIRE INSURANCE COMPANY | | | | | |
| 000020 | HARTFORD FIRE INSURANCE COMPANY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000015 | SANDLER, TRAVIS & ROSENBERG P.A. | | | | | |
| 000012 | THE LABEL PRINTERS | | | | | |
| 000022 | VERIZON WIRELESS | | | | | |
| 000017 | WOODRIDGE COMMERCE CENTER, LLC | | | | | |
| 000016A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 08-33231 | DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | | Date Filed (f) or Converted (c): | 12/04/08 (f) |
| | | | 341(a) Meeting Date: | 01/14/09 |
| For Period Ending: | 10/07/14 | | Claims Bar Date: | 06/05/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. OFFICE EQUIPMENT | | 10,000.00 | 10,000.00 | | 10,000.00 | FA |
| 2. Machinery and fixtures | | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 3. Inventory | | 182,786.66 | 32,341.40 | | 32,341.40 | FA |
| 4. BANK ACCONTS | | 243.20 | 0.00 | | 0.00 | FA |
| 5. Security Deposit | | 7,250.33 | 0.00 | | 0.00 | FA |
| 6. INSURANCE | | 2,989.00 | 0.00 | | 0.00 | FA |
| 7. A/R | | 369.36 | 256.96 | | 256.96 | FA |
| 8. TAX REFUND (u) | | 0.00 | 44,941.46 | | 44,941.46 | FA |
| 9. PATENT | | 0.00 | 0.00 | | 0.00 | FA |
| 10. CIB of Jamaica | | 0.00 | 0.00 | | 0.00 | FA |
| 11. Retainer Refund (u) | | 0.00 | 2,640.00 | | 2,640.00 | FA |
| INT. Post-Petition Interest Deposits (u) | | Unknown | N/A | | 30.56 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $208,638.55 | $95,179.82 | | $95,210.38 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee attempted supplemental distribution on balances on wage claims. Trustee encountered an error/warning message

regarding withholding tax liablity. Trustee has contacted software provider to work out the problem so that she can make

the distribution.January 16, 2014, 01:40 pm

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 03/31/12

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-33231    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | Date Filed (f) or Converted (c): | 12/04/08 (f) |
| | | 341(a) Meeting Date: | 01/14/09 |
| | | Claims Bar Date: | 06/05/09 |

/s/    GINA B. KROL

_____    Date: 10/07/14

GINA B. KROL

Ver: 18.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 08-33231  -DRC | | | Trustee Name: | GINA B. KROL | |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******0592  Checking Account | |
| Taxpayer ID No: | *******2512 | | | | | |
| For Period Ending: | 10/07/14 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 80.77 | | 80.77 |
| 01/09/13 | 11 | Giffin, Winning, Cohen & Bodewes PC | Retainer Refund | 1290-000 | 2,640.00 | | 2,720.77 |
| 06/27/13 | 030001 | Illinois Dept. of Revenue PO Box 19004 Springfield, IL 62794-9004 | 2011 balance due | 2820-000 | | 113.99 | 2,606.78 |
| 02/04/14 | 030002 | Barnes & Thornburg LLP One North Wacker Drive Suite 4400 Chicago, IL 60606-2833 | Supplemental Distribution (1-1) For legal services (1-1) For legal services | 7100-000 | | 158.56 | 2,448.22 |
| 02/04/14 | 030003 | FedEx Customer Information Service Assignee of FedEx Express/FedEx Ground Attn: Rev Recovery/Bankruptcy 3965 Airways Blvd, Module G, 3rd Floor Memphis, TN 38116 | Supplemental Distribution | 7100-000 | | 186.82 | 2,261.40 |
| 02/04/14 | 030004 | The Wood Burditt Group 10 E Scranton Ave Suite 201 Lake Bluff, IL 60044 | Supplemental Distribution | 7100-000 | | 36.01 | 2,225.39 |
| 02/04/14 | 030005 | Johnson Group P.O. Box 5566 Rockford, IL 61125 | Supplemental Distribution | 7100-000 | | 43.31 | 2,182.08 |
| 02/04/14 | 030006 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Supplemental Distribution | 7100-000 | | 634.94 | 1,547.14 |
| * 02/04/14 | 030007 | Express One - Chicago P.O. Box 900070 Sandy, UT 84090 | Supplemental Distribution | 7100-003 | | 14.18 | 1,532.96 |
| 02/04/14 | 030008 | ComEd Co Attn: Bankruptcy Sec/Rev Mgmt 2100 Swift Drive | Supplemental Distribution | 7100-000 | | 13.36 | 1,519.60 |

LFORM2T4

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Ver: 18.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 08-33231 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0592  Checking Account |
| Taxpayer ID No: | *******2512 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 02/04/14 | 030009 | Oakbrook, IL 60523 Clark Products, Inc. #774311 4311 Solutions Center Chicago, IL 60677-4003 | Supplemental Distribution | 7100-000 | | 33.27 | 1,486.33 |
| | 02/04/14 | 030010 | Uline Attn: Accounts Payable 2200 S. Lakeside Drive Waukegan, IL 60085 | Supplemental Distribution | 7100-000 | | 36.41 | 1,449.92 |
| * | 02/04/14 | 030011 | The Label Printers 1710 Landmark Road Aurora, IL 60506 | Supplemental Distribution | 7100-003 | | 121.54 | 1,328.38 |
| | 02/04/14 | 030012 | Chamong Inc. 645 Countess Drive Yardley, PA 19067 | Supplemental Distribution | 7100-000 | | 36.56 | 1,291.82 |
| | 02/04/14 | 030013 | Lambs Farm Attn: Pat McGuire P.O. Box 520 Libertyville, IL 60048 | Supplemental Distribution | 7100-000 | | 71.17 | 1,220.65 |
| * | 02/04/14 | 030014 | Sandler, Travis & Rosenberg P.A. P.O. Box 523304 Miami, FL 33102 | Supplemental Distribution | 7100-003 | | 217.70 | 1,002.95 |
| | 02/04/14 | 030015 | Woodridge Commerce Center, LLC c/o Principal Life Ins Co Dennis D Ballard 801 Grand Ave G-34 Attn: Des Moines, IA 50392-0301 | Supplemental Distribution | 7100-900 | | 732.26 | 270.69 |
| * | 02/04/14 | 030016 | C-Prompt 8409 Pickwick Lane #118 Dallas, TX 75225 | Supplemental Distribution | 7100-003 | | 13.83 | 256.86 |

LFORM2T4 **UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Ver: 18.01

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-33231 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0592 Checking Account |
| Taxpayer ID No: | *******2512 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/04/14 | 030017 | Anne Holton<br>2544 Prospect Ave.<br>Evanston, IL 60201 | Supplemental Distribution | 7100-000 | | 11.40 | 245.46 |
| 02/04/14 | 030018 | Raceway Associates Inc d/b/a Chicagoland Speedway<br>Laurence H Bartlett<br>Crotty & Bartlett PA<br>1825 Business Park Blvd Suite A<br>Daytona Beach, FL 32114 | Supplemental Distribution | 7100-000 | | 209.93 | 35.53 |
| 02/04/14 | 030019 | Murname Specialties Inc.<br>607 Northwest Ave.<br>Northlake, IL 60164 | Supplemental Distribution | 7100-000 | | 22.00 | 13.53 |
| 02/04/14 | 030020 | United States Bankruptcy Court<br>DuPage County Courthouse<br>505 N. County Farm Rd. Courtroom 20<br>Wheaton, IL  60187-0000 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #        DIVIDEND<br>===============================<br>  6         000006          2.14<br>  21        000020          4.72<br>  22        000021          3.84<br>  23        000022          2.83 | <br><br><br><br>7100-001<br>7100-001<br>7100-001<br>7100-001 | | 13.53 | 0.00 |
| * 08/07/14 | 030007 | Express One - Chicago<br>P.O. Box 900070<br>Sandy, UT 84090 | Supplemental Distribution<br>Check outstanding more than 90 days | 7100-003 | | -14.18 | 14.18 |
| * 08/07/14 | 030011 | The Label Printers<br>1710 Landmark Road<br>Aurora, IL 60506 | Supplemental Distribution<br>Check outstanding more than 90 days | 7100-003 | | -121.54 | 135.72 |
| * 08/07/14 | 030014 | Sandler, Travis & Rosenberg P.A.<br>P.O. Box 523304<br>Miami, FL 33102 | Supplemental Distribution<br>Check outstanding more than 90 days | 7100-003 | | -217.70 | 353.42 |
| * 08/07/14 | 030016 | C-Prompt<br>8409 Pickwick Lane | Supplemental Distribution<br>Check outstanding more than 90 days | 7100-003 | | -13.83 | 367.25 |

FORM 2                                                                      Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                          Exhibit 9

| Case No: | 08-33231  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0592  Checking Account |
| Taxpayer ID No: | *******2512 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | #118 Dallas, TX 75225 | | | | | |
| 08/07/14 | 030021 | United States Bankruptcy Court 219 S. Dearborn St. Chicago, IL 60604 | Supplemental Distribution | 7100-001 | | 14.18 | 353.07 |
| 08/07/14 | 030022 | United States Bankruptcy Court 219 S. Dearborn St. Chicago, IL 60604 | Supplemental Distribution | 7100-001 | | 121.54 | 231.53 |
| 08/07/14 | 030023 | United States Bankruptcy Court 219 S. Dearborn St. Chicago, IL 60604 | Supplemental Distribution | 7100-001 | | 217.70 | 13.83 |
| 08/07/14 | 030024 | United States Bankruptcy Court 219 S. Dearborn St. Chicago, IL 60604 | Supplemental Distribution | 7100-001 | | 13.83 | 0.00 |

| Account  *******0592 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 2,640.00 | 28 | Checks | 2,720.77 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 2,640.00 | | | |
| | | | | Total | $ 2,720.77 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 80.77 | | | |
| | Total | $ 2,720.77 | | | |

LFORM2T4  **UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*                    Ver: 18.01

FORM 2   Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-33231 -DRC |
| Case Name: | SUN-RICH INTERNATIONAL, INC. |
| | |
| Taxpayer ID No: | *******2512 |
| For Period Ending: | 10/07/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9734 Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/09 | 1, 2, 3 | American Auction Associates, Inc. | Proceeds of sale | 1129-000 | 47,341.40 | | 47,341.40 |
| | | 8515 S. Thomas Ave. | | | | | |
| | | Bridgeview, IL  60455 | | | | | |
| 03/24/09 | 7 | Sam's Wine & Liquors | | 1121-000 | 256.96 | | 47,598.36 |
| | | 1720 N. Marcey Street | | | | | |
| | | Chicago, IL  60614 | | | | | |
| 04/23/09 | 000301 | Donald Dodge | Auctioneer Expenses per Court Order | 3620-000 | | 7,375.90 | 40,222.46 |
| | | American Auction Associates, Inc. | | | | | |
| | | 8515 S. Thomas Ave. | | | | | |
| | | Bridgeview, IL  60455 | | | | | |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.58 | | 40,223.04 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,224.06 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,225.06 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,226.08 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,227.10 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,228.09 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,229.11 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,230.11 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,231.14 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,232.16 |
| 02/09/10 | 000302 | International Sureties Ltd. | BOND | 2300-000 | | 29.86 | 40,202.30 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.93 | | 40,203.23 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,204.26 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.99 | | 40,205.25 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,206.27 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.00 | | 40,207.27 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.02 | | 40,208.29 |

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-33231 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9734 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2512 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.03 | | 40,209.32 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.99 | | 40,210.31 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.02 | | 40,211.33 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.00 | | 40,212.33 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.02 | | 40,213.35 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.02 | | 40,214.37 |
| 02/07/11 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 34.11 | 40,180.26 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/21/11 | 000304 | Alan D. Lasko & Associates | Accountant Fees per Court Order | 3410-000 | | 3,806.70 | 36,373.56 |
| | | 29 S. Lasalle St. | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 02/21/11 | 000305 | Alan D. Lasko & Associates | Accountant Expenses per Court Order | 3420-000 | | 39.40 | 36,334.16 |
| | | 29 S. Lasalle St. | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.31 | | 36,334.47 |
| 03/02/11 | 8 | Internal Revenue Service | Tax Refund | 1224-000 | 44,941.46 | | 81,275.93 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.65 | | 81,276.58 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.67 | | 81,277.25 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.69 | | 81,277.94 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.67 | | 81,278.61 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.69 | | 81,279.30 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.69 | | 81,279.99 |
| 09/12/11 | 000306 | Alan D. Lasko | Accountant's fees per court order | 3410-000 | | 6,825.50 | 74,454.49 |
| | | 29 S. LaSalle St. | | | | | |
| | | Suite 1240 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 09/12/11 | 000307 | Alan D. Lasko | Accountant's expenses per court or | 3410-000 | | 22.50 | 74,431.99 |
| | | 29 S. LaSalle St. | | | | | |
| | | Suite 1240 | | | | | |

FORM 2                                                                                    Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| Case No: | 08-33231  -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SUN-RICH INTERNATIONAL, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9734  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2512 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60603 | | | | | |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.64 | | 74,432.63 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.63 | | 74,433.26 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 94.83 | 74,338.43 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.61 | | 74,339.04 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 91.65 | 74,247.39 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.63 | | 74,248.02 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 91.54 | 74,156.48 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.63 | | 74,157.11 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 97.25 | 74,059.86 |
| 02/09/12 | 000308 | Illinois Department of Revenue | 2011 Corporate Income Tax | 2820-000 | | 710.00 | 73,349.86 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.58 | | 73,350.44 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.62 | | 73,351.06 |
| 04/05/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.08 | | 73,351.14 |
| 04/05/12 | | Transfer to Acct #*******4328 | Final Posting Transfer | 9999-000 | | 73,351.14 | 0.00 |

| Account   *******9734 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 3 | Deposits | 92,539.82 | 8 | Checks | 18,843.97 |
| | 37 | Interest Postings | 30.56 | 4 | Adjustments Out | 375.27 |
| | | | | 1 | Transfers Out | 73,351.14 |
| | | Subtotal | $   92,570.38 | | | |
| | | | | | Total | $   92,570.38 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $   92,570.38 | | | |

FORM 2                                                                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-33231  -DRC |
| Case Name: | SUN-RICH INTERNATIONAL, INC. |
| Taxpayer ID No: | *******2512 |
| For Period Ending: | 10/07/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4315  BofA - Money Market Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| Account  *******4315 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | 0.00 | | | |
| | | | | Total | $ | 0.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ | 0.00 | | | |

FORM 2   Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-33231 -DRC |
| Case Name: | SUN-RICH INTERNATIONAL, INC. |
| Taxpayer ID No: | *******2512 |
| For Period Ending: | 10/07/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4328  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/05/12 | | Transfer from Acct #*******9734 | Transfer In From MMA Account | 9999-000 | 73,351.14 | | 73,351.14 |
| 04/05/12 | 003001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL  60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 7,878.42 | 65,472.72 |
| 04/05/12 | 003002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 2,700.60 | 62,772.12 |
| 04/05/12 | 003003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Expenses per Court Order | 3120-000 | | 180.80 | 62,591.32 |
| 04/05/12 | 003004 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Fees | 3410-000 | | 3,132.00 | 59,459.32 |
| 04/05/12 | 003005 | Alan D. Lasko<br>29 S. LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Accountant Expenses | 3420-000 | | 12.20 | 59,447.12 |
| 04/05/12 | 003006 | Gina B. Krol<br>105 W. Madison St.<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-000 | | 1,350.30 | 58,096.82 |
| * 04/05/12 | 003007 | Tom Douglas<br>688 Kensington Way<br>Bolingbrook, IL 60440 | Claim 000010, Payment 100.00000% | 5300-003 | | 4,991.54 | 53,105.28 |
| 04/05/12 | 003008 | Susan Lazzara<br>23W727 Turner Avenue<br>Roselle, IL 60127 | Claim 000018, Payment 100.00000% | 5300-000 | | 5,912.13 | 47,193.15 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-33231  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4328  BofA - Checking Account |
| Taxpayer ID No: | *******2512 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 04/05/12 | 003009 | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-003 | | 1,098.25 | 46,094.90 |
| * | 04/05/12 | 003010 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-003 | | 1,098.25 | 44,996.65 |
| * | 04/05/12 | 003011 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-003 | | 4,959.82 | 40,036.83 |
| | 04/05/12 | 003012 | FEDERAL UNEMPLOYMENT INSURANCE | FEDERAL UNEMPLOYMENT INSURANCE | 5800-000 | | 141.71 | 39,895.12 |
| * | 04/05/12 | 003013 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-003 | | 256.85 | 39,638.27 |
| * | 04/05/12 | 003014 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-003 | | 256.85 | 39,381.42 |
| | 04/05/12 | 003015 | STATE TAX | ILLINOIS STATE TAX | 5300-000 | | 289.10 | 39,092.32 |
| | 04/05/12 | 003016 | STATE UNEMPLOYMENT INSURANCE | ILLINOIS UNEMPLOYMENT INSURANC | 5800-000 | | 1,133.67 | 37,958.65 |
| | 04/05/12 | 003017 | LOCAL INCOME TAX | ILLINOIS INCOME TAX | 5300-000 | | 205.96 | 37,752.69 |
| * | 04/05/12 | 003018 | OTHER DEDUCTIONS | EMPLOYER MATCHING OTHER | 5800-003 | | 80.77 | 37,671.92 |
| | 04/05/12 | 003019 | Internal Revenue Service POB 21126 Philadelphia, PA 19114 | Claim 000016B, Payment 100.00000% | 5800-000 | | 7,632.42 | 30,039.50 |
| | 04/05/12 | 003020 | Barnes & Thornburg LLP One North Wacker Drive Suite 4400 Chicago, IL 60606-2833 | Claim 000001, Payment 14.59465% (1-1) For legal services (1-1) For legal services | 7100-000 | | 1,827.17 | 28,212.33 |
| | 04/05/12 | 003021 | FedEx Customer Information Service Assignee of FedEx Express/FedEx Ground Attn: Rev Recovery/Bankruptcy 3965 Airways Blvd, Module G, 3rd Floor Memphis, TN 38116 | Claim 000002, Payment 14.59464% | 7100-000 | | 2,152.76 | 26,059.57 |
| | 04/05/12 | 003022 | The Wood Burditt Group 10 E Scranton Ave Suite 201 Lake Bluff, IL 60044 | Claim 000003, Payment 14.59478% | 7100-000 | | 415.01 | 25,644.56 |
| | 04/05/12 | 003023 | Johnson Group P.O. Box 5566 Rockford, IL 61125 | Claim 000004, Payment 14.59465% | 7100-000 | | 499.14 | 25,145.42 |
| | 04/05/12 | 003024 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Claim 000005, Payment 14.59464% | 7100-000 | | 7,316.77 | 17,828.65 |

FORM 2

Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-33231  -DRC |
| Case Name: | SUN-RICH INTERNATIONAL, INC. |
| Taxpayer ID No: | *******2512 |
| For Period Ending: | 10/07/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4328  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/12 | 003025 | Cornerstone Services, Inc. 777 Joyce Road Joliet, IL 60436 | Claim 000006, Payment 14.59225% | 7100-000 | | 24.55 | 17,804.10 |
| 04/05/12 | 003026 | Express One - Chicago P.O. Box 900070 Sandy, UT 84090 | Claim 000007, Payment 14.59424% | 7100-000 | | 163.33 | 17,640.77 |
| 04/05/12 | 003027 | ComEd Co Attn: Bankruptcy Sec/Rev Mgmt 2100 Swift Drive Oakbrook, IL 60523 | Claim 000008, Payment 14.59447% | 7100-000 | | 153.96 | 17,486.81 |
| 04/05/12 | 003028 | Clark Products, Inc. #774311 4311 Solutions Center Chicago, IL 60677-4003 | Claim 000009, Payment 14.59486% | 7100-000 | | 383.48 | 17,103.33 |
| 04/05/12 | 003029 | Uline Attn: Accounts Payable 2200 S. Lakeside Drive Waukegan, IL 60085 | Claim 000011, Payment 14.59464% | 7100-000 | | 419.59 | 16,683.74 |
| 04/05/12 | 003030 | The Label Printers 1710 Landmark Road Aurora, IL 60506 | Claim 000012, Payment 14.59461% | 7100-000 | | 1,400.55 | 15,283.19 |
| 04/05/12 | 003031 | Chamong Inc. 645 Countess Drive Yardley, PA 19067 | Claim 000013, Payment 14.59476% | 7100-000 | | 421.38 | 14,861.81 |
| 04/05/12 | 003032 | Lambs Farm Attn: Pat McGuire P.O. Box 520 Libertyville, IL 60048 | Claim 000014, Payment 14.59471% | 7100-000 | | 820.24 | 14,041.57 |
| 04/05/12 | 003033 | Sandler, Travis & Rosenberg P.A. P.O. Box 523304 Miami, FL 33102 | Claim 000015, Payment 14.59464% | 7100-000 | | 2,508.71 | 11,532.86 |

FORM 2                                                                                                Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-33231  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4328  BofA - Checking Account |
| Taxpayer ID No: | *******2512 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/12 | 003034 | Woodridge Commerce Center, LLC c/o Principal Life Ins Co Dennis D Ballard 801 Grand Ave G-34 Attn: Des Moines, IA 50392-0301 | Claim 000017, Payment 14.59464% | 7100-900 | | 8,438.17 | 3,094.69 |
| 04/05/12 | 003035 | C-Prompt 8409 Pickwick Lane #118 Dallas, TX 75225 | Claim 000019, Payment 14.59419% | 7100-000 | | 159.30 | 2,935.39 |
| 04/05/12 | 003036 | Hartford Fire Insurance Company Bankruptcy Unit, T-1-55 Hartford Plaza Hartford, CT 06115 | Claim 000020, Payment 14.59613% | 7100-000 | | 54.41 | 2,880.98 |
| 04/05/12 | 003037 | Hartford Fire Insurance Company Hartford Plaza Hartford, CT 06115 | Claim 000021, Payment 14.59618% (21-1) Administrative Claim | 7100-000 | | 44.26 | 2,836.72 |
| 04/05/12 | 003038 | Verizon Wireless P.O. Box 3397 Bloomington, IL 61702 | Claim 000022, Payment 14.59450% | 7100-000 | | 32.68 | 2,804.04 |
| 04/05/12 | 003039 | Anne Holton 2544 Prospect Ave. Evanston, IL 60201 | Claim 000023, Payment 14.59444% | 7100-000 | | 131.35 | 2,672.69 |
| 04/05/12 | 003040 | Raceway Associates Inc d/b/a Chicagoland Speedway Laurence H Bartlett Crotty & Bartlett PA 1825 Business Park Blvd Suite A Daytona Beach, FL 32114 | Claim 000024, Payment 14.59463% | 7100-000 | | 2,419.06 | 253.63 |
| 04/05/12 | 003041 | Murname Specialties Inc. 607 Northwest Ave. Northlake, IL 60164 | Claim 000025, Payment 14.59489% | 7100-000 | | 253.63 | 0.00 |

LFORM2T4                                                                                              Ver: 18.01

FORM 2                                                                                                              Page:   13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-33231  -DRC | |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4328  BofA - Checking Account |

Taxpayer ID No: *******2512
For Period Ending: 10/07/14

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 04/12/12 | 003018 | OTHER DEDUCTIONS | EMPLOYER MATCHING OTHER | 5800-003 | | -80.77 | 80.77 |
| | | | | Not an applicable tax deduction. Calculated automatically by program. | | | | |
| * | 04/18/12 | 003009 | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-003 | | -1,098.25 | 1,179.02 |
| | | | | Void check | | | | |
| | | | | Payment made electronically via EFTPS | | | | |
| * | 04/18/12 | 003010 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-003 | | -1,098.25 | 2,277.27 |
| | | | | Void check | | | | |
| | | | | Payment made electronically via EFTPS | | | | |
| * | 04/18/12 | 003011 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-003 | | -4,959.82 | 7,237.09 |
| | | | | Void Check | | | | |
| | | | | Payment made electronically via EFTPS | | | | |
| * | 04/18/12 | 003013 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-003 | | -256.85 | 7,493.94 |
| | | | | Void Check | | | | |
| | | | | Payment made electronically via EFTPS | | | | |
| * | 04/18/12 | 003014 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-003 | | -256.85 | 7,750.79 |
| | | | | Void Check | | | | |
| | | | | Payment made electronically via EFTPS | | | | |
| * | 05/23/12 | | IRS | EFTPS Payroll Tax Payment | 2990-003 | 7,831.56 | | 15,582.35 |
| | | | electronically made | | | | | |
| * | 05/23/12 | | Reverses Adjustment IN on 05/23/12 | EFTPS Payroll Tax Payment | 2990-003 | -7,831.56 | | 7,750.79 |
| * | 05/23/12 | | IRS | EFTPS Payroll Tax Payment | 2990-003 | | 7,750.79 | 0.00 |
| | | | made electronically | | | | | |
| | 08/29/12 | | INTERNAL REVENUE SERVICE | MEDICARE | 5300-000 | | 256.85 | -256.85 |
| | 08/29/12 | | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-000 | | 256.85 | -513.70 |
| | 08/29/12 | | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-000 | | 1,098.25 | -1,611.95 |
| | 08/29/12 | | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-000 | | 1,098.25 | -2,710.20 |
| | 08/29/12 | | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-000 | | 4,959.82 | -7,670.02 |
| * | 08/29/12 | 003007 | Tom Douglas | Claim 000010, Payment 100.00000% | 5300-003 | | -4,991.54 | -2,678.48 |
| | | | 688 Kensington Way | | | | | |
| | | | Bolingbrook, IL 60440 | | | | | |

FORM 2

Page: 14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-33231  -DRC |
| Case Name: | SUN-RICH INTERNATIONAL, INC. |
| | |
| Taxpayer ID No: | *******2512 |
| For Period Ending: | 10/07/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4328  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/12 | 003042 | United States Bankruptcy Court | Claim 000010, Payment 100.00000% | 5300-001 | | 4,991.54 | -7,670.02 |
| | | 219 S. Dearborn Street | | | | | |
| | | Chicago, IL 60604 | | | | | |
| * 08/29/12 | | Reverses Adjustment OUT on 05/23/12 | EFTPS Payroll Tax Payment | 2990-003 | | -7,750.79 | 80.77 |
| | | | adjustment out was for incorrect amount | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 80.77 | 0.00 |

| Account   *******4328 | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 0 | Deposits | | 0.00 | 54 | Checks | 73,270.37 |
| | 0 | Interest Postings | | 0.00 | 2 | Adjustments Out | 0.00 |
| | | | | | 1 | Transfers Out | 80.77 |
| | | Subtotal | $ | 0.00 | | | |
| | | | | | | Total | $ 73,351.14 |
| | 2 | Adjustments In | | 0.00 | | | |
| | 1 | Transfers In | | 73,351.14 | | | |
| | | Total | $ | 73,351.14 | | | |

| Report Totals | | Balance Forward | | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 4 | Deposits | | 95,179.82 | 90 | Checks | 94,835.11 |
| | 37 | Interest Postings | | 30.56 | 6 | Adjustments Out | 375.27 |
| | | | | | 2 | Transfers Out | 73,431.91 |
| | | Subtotal | $ | 95,210.38 | | | |
| | | | | | | Total | $ 168,642.29 |
| | 2 | Adjustments In | | 0.00 | | | |
| | 2 | Transfers In | | 73,431.91 | | | |
| | | Total | $ | 168,642.29 | | Net Total Balance | $ 0.00 |

/s/     GINA B. KROL

LFORM2T4

Ver: 18.01

FORM 2                                                                                                                Page: 15

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-33231 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | SUN-RICH INTERNATIONAL, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4328 BofA - Checking Account |
| Taxpayer ID No: | *******2512 | | |
| For Period Ending: | 10/07/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____ Date: 10/07/14
   GINA B. KROL